**United States District Court**
District of New Jersey

| | |
|---|---|
| Democratic National Committee, *et al.*, *Plaintiffs*, | Civil Action No. 81-3876 |
| v. | Judge Dickinson R. Debevoise |
| Republican National Committee, *et al.*, *Defendants*. | |

### Protective Order

Pursuant to Rule 26(c) of the Federal Rule of Civil Procedure, and after a hearing by telephone with counsel for Defendant Republican National Committee, Plaintiff Democratic National Committee, and Intervenor, and for good cause shown, it is by the Court this 29th day of November, 2004, hereby ORDERED:

1. That the verbal Motion for Protective Order be and is hereby granted.

2. That all documents produced or exchanged in the course of discovery in this litigation and the transcripts and exhibits referenced therein of testimony taken in the course of discovery in this litigation shall be used solely for the purpose of this case.

2. That plaintiff Democratic National Committee, its employees, agents, and those acting in active concert, and Intervenor Ebony Malone, and her employees, agents, and those acting in active concert, shall hold in confidence and shall not disclose until at least November 3, 2004, the documents produced by defendant Republican National Committee in the course of discovery in this litigation and the transcripts, and exhibits referenced therein, of testimony taken in the course of discovery in this litigation.

WDC99 998664-2.071486.0010

2004 OCT 29 P 4:37

3. That this Order is entered without prejudice to plaintiffs' or Intervenor's rights to apply to this Court to modify this Order with respect to specific documents and/or portions of deposition transcripts.

_____
Dickinson R. Debevoise, U.S. District Judge