# GENOVA, BURNS & VERNOIA | ATTORNEYS-AT-LAW

ANGELO J. GENOVA ◊ +*
JAMES M. BURNS ◊
FRANCIS J. VERNOIA ◊
JOHN C. PETRELLA ◊
JAMES J. MCGOVERN III ◊
LAURENCE D. LAUFER +
JEFFREY R. RICH ◊ +
SANDRO POLLEDRI ◊ o
KATHLEEN BARNETT EINHORN ◊ +
CELIA S. BOSCO ◊ +
BRIAN W. KRONICK ◊
JAMES BUCCI ◊ *
PATRICK W. MCGOVERN ◊ +
PETER R. YAREM ◊
WILLIAM F. HARRISON ◊
DOUGLAS E. SOLOMON ◊ +

RALPH J. SALERNO ◊
KEITH A. KRAUSS ◊ ^
HARRY G. KAPRALOS ◊ +
REBECCA MOLL FREED ◊ +
JENNIFER MAZAWEY ◊ +
JOHN R. VREELAND ◊ +
JENNIFER BOREK ◊ +

COUNSEL

NORMAN J. PEER ◊ +
GEORGE L. SCHNEIDER ◊ +
GREGORY E. NAGY ◊
DAVID P. COOKE ◊ +
DEBRA K. BAMPTON ◊ +

OF COUNSEL

HOLLIE B. KNOX *
DENA B. CALO ◊ *
SHIRIN SAKS ◊ +
JASON L. SOBEL ◊ +
DINA M. MASTELLONE ◊ +
JOSEPH M. HANNON ◊ +
PETER J. CAMMARANO III ◊ +
GREGORY E. TOMCZAK ◊ +
KENNETH B. GOODMAN ◊ +

JISHA V. DYMOND ◊ +
LISA A. JOHN ◊
KATIE L. HEMMENDINGER ◊
NICHOLAS J. REPICI ◊ *
CAROLYN BUCCERONE ◊ *^
MICHAEL E. MCMAHON ◊
ALEXANDER L. D'JAMOOS ◊ +
KRISTINA E. CHUBENKO ◊ +
RAJIV D. PARIKH ◊ +

EMILY J. WEXLER ◊ +
LISA CHAPLAND ◊ +^
SHANNON A. MORALES ◊ +
GINA M. SCHNEIDER ◊

RONALD H. DEMARIA
(1939-2004)

MEMBER OF NEW JERSEY BAR   ◊
MEMBER OF NEW YORK BAR     +
MEMBER OF PENNSYLVANIA BAR *
MEMBER OF DISTRICT OF COLUMBIA ^
CERTIFIED CIVIL TRIAL ATTORNEY o

November 11, 2008

**VIA ELECTRONIC FILING (CM-ECF) & FACSIMILE**
Honorable Dickinson R. Debevoise, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street, Room 5083
Newark, New Jersey 07102

> Re: **Democratic National Committee v. Republican National Committee, et al.**
> **Docket No. 81-3876 (DRD)**

Dear Judge Debevoise:

  As Your Honor knows, our office represents Plaintiff Democratic National Committee in the above-captioned matter. On November 3, 2008, Plaintiff filed an Order to Show Cause and supporting Certification and Brief in the context of the above-captioned matter with respect to alleged ballot security measures being undertaken by Defendant Republican National Committee in New Mexico ahead of the November 4, 2008 general election.

  Please be advised that, on behalf of our client, we hereby withdraw without prejudice the November 3, 2008 Order to Show Cause and supporting Certification and Brief. Please also be advised that on this date our office has notified Mark Sheridan, Esq., counsel for Defendant Republican National Committee, regarding the withdrawal of this application.

**GENOVA, BURNS & VERNOIA** | ATTORNEYS-AT-LAW

Honorable Dickinson R. Debevoise, U.S.D.J.
November 11, 2008
Page 2

      Thank you very much for Your Honor's kind attention to this matter.

                            Respectfully,

                            **GENOVA, BURNS & VERNOIA**
                            Attorneys for Plaintiff,
                            Democratic National Committee

                            ANGELO J. GENOVA

AJG:wjw

c:     Mark Sheridan, Esq. (via CM-ECF and facsimile)
       Joseph Sandler, Esq. (via facsimile)

AJG\DNC\letter_Judge Debevoise_111108 (2).doc