# TABLE OF EXHIBITS

Exhibit 1     Press Release, "ACORN and Project Vote Help 1.3 Million Apply to Register to Vote" (Oct. 6, 2008)

Exhibit 2     Press Release, U.S. Attorney's Office, E.D. Mo. (April 2, 2008)

Exhibit 3     Commission on Federal Election Reform, "Building Confidence in U.S. Elections" (Sept. 2005)

Exhibit 4     Jo Mannies, *Blunt Urges Penalties in Allegedly Illegal Voting*, St. Louis Post-Dispatch, July 26, 2001, at A1

# EXHIBIT 1

*Association of Community Organizations for Reform Now*  Español

| HOME | CAMPAIGNS | ACTION | MEMBERS | PRESS | ABOUT | OFFICES | DONATE |

| News | Press Releases | Multimedia | Reports | In The News |

ACORN > Press > Article

Email Address | Zip Code

Search

## ACORN and Project Vote Help 1.3 Million Apply to Register to Vote

October 06, 2008

On Oct. 6, ACORN and Project Vote announced the conclusion of the most successful voter registration drive in history, assisting more than 1.3 million Americans to register to vote in 21 states in time for the 2008 Presidential election.

"We met with unprecedented success in our efforts to ensure that all eligible applicants are on the voter rolls," said Michael Slater, Executive Director of Project Vote.

Slater said that the voter registration system in the United States -- in which individual voters are responsible for getting on the rolls, unlike many European countries in which governments take responsibility for compiling voter lists -- was designed to disenfranchise voters.

Bertha Lewis, Interim Chief Organizer of ACORN, said that the majority of the voters registered in this drive are young, African-American, Latino, and low-income Americans -- groups which are all historically underrepresented in elections.

"Our voter registration drives are strengthening democracy," said Lewis. "We see this as an opportunity to permanently change the face of the electorate. Politicians will have to listen to low-income and minority people."

The goal of ACORN and Project Vote's voter registration drives, Lewis stated, is to empower low-income and minority communities by giving them a voice in the political process. ACORN hopes that expanding the electorate will result in more candidates who appeal to historically underrepresented voting populations.

In addition to collecting and submitting voter registration applications, ACORN and Project Vote followed up with county boards of elections to make sure people made it onto the voter rolls. Beginning in August, ACORN began requesting lists of rejected and pending applications from county election boards and notified applicants there was a problem with their registration in order to attempt to fix the problem before the registration deadline. Oct. 6 is the deadline for registering to vote in the upcoming presidential election in most states.

✉ EMAIL

<- Back to: Press Releases

© 1999 - 2008 - ACORN and ACORN logo are Registered Trademarks of the Association of Community Organizations for Reform Now, Inc.

# EXHIBIT 2

# UNITED STATES ATTORNEY'S OFFICE
# EASTERN DISTRICT OF MISSOURI

**CATHERINE L. HANAWAY**
*United States Attorney*



**NEWS RELEASE**

*For further information: Call Public Affairs Officer Jan Diltz at (314) 539-7719*

April 2, 2008
For Immediate Release

### EIGHT ACORN VOTER REGISTRATION WORKERS PLEAD GUILTY TO FEDERAL ELECTION FRAUD CHARGES

St. Louis, MO: Eight voter registration workers, employed by The Association of Community Organizations for Reform Now (ACORN), have entered guilty pleas on election fraud charges in connection with the November 2006 general election, United States Attorney Catherine L. Hanaway announced today.

The Association of Community Organizations for Reform Now ("ACORN") is a not-for-profit organization, and during 2006 maintained and operated an office at 4304 Manchester Avenue in the City of St. Louis, in part to conduct a voter registration drive for the November 7, 2006, general election.

Project Vote is a not-for-profit organization that works with ACORN to register voters for federal and local elections. Project Vote funded ACORN in the 2006 voter registration drive.

"Free and fair elections are the bedrock that our nation and our society were founded upon. This type of criminal activity undermines the public's confidence in government, and should not be tolerated by citizens of the community," said Hanaway. "We intend to investigate vigorously, and prosecute fully, any allegations of fraud in our election system."

ACORN and Project Vote recruited and employed workers to obtain voter registrations in the City of St. Louis and St. Louis County during 2006. The workers were trained and instructed by ACORN and Project Vote on how to obtain voter registrations and how to prepare voter registration applications, which included training and instruction that the actual voter must sign the voter application and that a forged signature is a violation of the law.

From July through October 2006, these eight defendants were employed by ACORN as voter registration workers to obtain voter registrations in the City of St. Louis and St. Louis County. They have all pled guilty to various counts of election fraud for submitting false voter registration applications through ACORN to the St. Louis City and St. Louis County Board of Election Commissions falsely stating addresses, names and other information of the voters being registered, and which contained forged signatures of the purported applicants, in violation of Title 42, United States Code, sections 1973i(c) and 1973 gg-10, election fraud. The defendants are:

- **BRIAN BLAND**, St. Louis, pled guilty Monday, and is scheduled to be sentenced on

June 26, 2008
- **BOBBIE JEAN CHEEKS**, a/k/a Dorothy Jones & Bobbie Tobert, St. Louis, pled yesterday, and is scheduled to be sentenced on June 26, 2008
- **CORTEZ COWAN**, St. Louis, pled today, and is scheduled to be sentence on June 25, 2008
- **GOLDEN GIBSON**, St. Louis, pled Monday, and is scheduled to be sentenced on June 26, 2008
- **RADONNA MARIE SMITH**, St. Louis, pled today, and is scheduled to be sentenced on June 25, 2008
- **ANTHONY M. RELIFORD**, St. Louis, pled last week, and is scheduled to be sentenced on June 19, 2008
- **KENNETH DEMOND WILLIAMS**, St. Louis, pled and was sentenced to 15 months prison on March 13
- **TYAIRA L. WILLIAMS**, a/k/a Tootsie Roll, St. Louis, pled March 25 and is scheduled to be sentenced on June 19, 2008

Each defendant faces a maximum penalty of 5 years in prison and/or fines up to either $10,000 or $250,000, depending on the charge.

In discussions with the United States Attorney's Office, ACORN has agreed to implement a plan to improve voter registration and quality control procedures. ACORN is planning to strengthen the system it has to monitor and address performance problems, and has agreed to meet with prosecutors to discuss how best to report possible illegal activity. ACORN has agreed that comprehensive training will be required of all quality control and management staff. ACORN has agreed to the creation of a General Counsel position to monitor ACORN programs, and who will communicate with local election officials to address problems. Further, ACORN has agreed to assign a 13-year ACORN veteran and Missouri Head Organizer to St. Louis full-time to personally oversee any future voter registration drives.

Hanaway acknowledged the assistance of the St. Louis City and St. Louis County Election Boards and commended the work performed on the case by the Federal Bureau of Investigation, the United States Postal Inspection Service and Assistant United States Attorney Hal Goldsmith, who is handling the case for the U.S. Attorney's Office.