**GENOVA, BURNS & VERNOIA**
494 Broad Street
Newark, New Jersey 07102
(973) 533-0777
Attorneys for Plaintiff,
Democratic National Committee

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>　　　　　Defendants. | **CIVIL ACTION**<br><br>**Docket No: 81-3876 (DRD)(MAS)**<br><br><br>**CERTIFICATION OF RAJIV D. PARIKH, ESQ.** |

　　　　I, RAJIV D. PARIKH, ESQ., upon my oath and according to law, do hereby certify as follows:

　　　　1.　　I am an attorney-at-law of the State of New Jersey and an associate with the law firm of Genova, Burns & Vernoia, attorneys for the Plaintiff, Democratic National Committee (the "DNC") in this matter. I make this Certification in support of the DNC's Post-Hearing Brief in Opposition to Defendant Republican National Committee's Motion to Vacate or Modify the Consent Order.

　　　　2.　　Attached hereto as Exhibit A is a true and correct copy of the slip opinion in *Northwest Austin Municipal Utility Authority District Number One v. Holder*, 557 U.S. -- (June 22, 2009).

　　　　3.　　Attached hereto as Exhibit B is a true and correct copy of the slip opinion in *Horne v. Flores*, 557 U.S. -- (June 25, 2009).

4. Attached hereto at Exhibit C is the unreported opinion in *Guerra v. GMAC LLC*, 2009 WL 449153 (E.D. Pa. February 20, 2009).

5. Attached hereto at Exhibit D is the unreported opinion in *United States v. Dansbury*, 1996 WL 592645 (E.D. Pa. October 15, 1996).

I certify that the foregoing statements are true to the best of my knowledge and belief. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

s/Rajiv D. Parikh<br>Rajiv D. Parikh

Dated: June 26, 2009

1856\002\Post-hearing Brief\cert of RDP 6.26.09.doc