UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————

No. 09-4615

———————————

DEMOCRATIC NATIONAL COMMITTEE;
NEW JERSEY DEMOCRATIC STATE COMMITTEE;
VIRGINIA L. FEGGINS; LYNETTE MONROE

v.

REPUBLICAN NATIONAL COMMITTEE;
NEW JERSEY REPUBLICAN STATE COMMITTEE;
ALEX HURTADO; RONALD C. KAUFMAN; JOHN KELLY

Republican National Committee,
                                                    Appellant

———————————

APPEAL FROM THE JUDGMENT OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civ. Action No. 2-81-cv-03876)
District Judge: Honorable Dickinson R. Debevoise

———————————

Argued on December 13, 2010

———————————

Before: SLOVITER, GREENAWAY, JR., and STAPLETON, *Circuit Judges*.

———————————

JUDGMENT

———————————

This cause came on to be heard on the record from the United States District Court

for the District of New Jersey and was argued on December 13, 2010.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the order of the District Court entered December 1, 2009 be, and the same is hereby, AFFIRMED.  Parties to bear their own costs.  All of the above in accordance with the opinion of this Court.

ATTEST:


/s/ Marcia M. Waldron
Clerk

Dated:  8 March 2012

Certified as a true copy and issued in lieu
of a formal mandate on  7 May 2012

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit