**GENOVA BURNS LLC**
494 Broad Street
Newark, New Jersey 07102
Telephone: (973) 533-0777
Facsimile: (973) 533-1112
agenova@genovaburns.com
rparikh@genovaburns.com

**PERKINS COIE LLP**
700 13TH Street, NW, Suite 600
Washington, D.C. 20005
melias@perkinscoie.com

1 East Main Street, Suite 201
Madison, Wisconsin 53703
jkaul@perkinscoie.com

*Attorneys for Plaintiff Democratic National Committee*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.* <br><br> Defendants. | Civil Action No. 81-3876 <br><br> **DECLARATION OF MARC E. ELIAS, ESQ.** |

I, Marc E. Elias, am of full age and upon my oath according to law, hereby declare as follows:

1. I am a partner in the law firm of Perkins Coie, attorneys for Plaintiff, Democratic National Committee, in the above-captioned matter. I am familiar with the facts related to this litigation.

2. On or about October 23, 2016, I viewed a tweet that Roger Stone, with the twitter handle @RogerJStoneJr, had retweeted from another of Mr. Stone's twitter accounts, @StoneColdTruth, with the message: "Vote here for Hillary Clinton. Vote the new way!" Accompanying the message was a graphic that contained an image of Secretary Hillary Clinton and her campaign's logo and that instructed that her supporters can "VOTE the NEW way on Tues. Nov 8th" by texting "HILLARY to 8888," after which voters would apparently "receive official confirmation."

3. Upon viewing the tweet, I captured an image of the tweet and saved it electronically. Annexed hereto as Exhibit 1 is a true and accurate copy of the tweet I captured.

4. As of October 26, 2016, the tweet I observed had been deleted from the account of @RogerJStoneJr, and was no longer accessible online.

5. A second tweet that contains slight changes to the original tweet was also posted. A copy of that tweet is annexed hereto as Exhibit 2 and is available (as of this date) on the twitter page for @StoneColdTruth at https://twitter.com/StoneColdTruth/status/790314981459914752.

6. The @StoneColdTruth account describes itself as "[t]he inside story from legendary political operative and bestselling author @RogerJStoneJr."

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Marc E. Elias, Esq.

Dated: October 26, 2016