**GENOVA BURNS LLC**
494 Broad Street
Newark, New Jersey 07102
Telephone: (973) 533-0777
Facsimile: (973) 533-1112
agenova@genovaburns.com
rparikh@genovaburns.com

**PERKINS COIE LLP**
700 13ᵀᴴ Street, NW, Suite 600
Washington, D.C. 20005
melias@perkinscoie.com

1 East Main Street, Suite 201
Madison, Wisconsin 53703
jkaul@perkinscoie.com

*Attorneys for Plaintiff Democratic National Committee*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.* <br><br> Defendants. | Civil Action No: 81-3876 <br><br> **CERTIFICATION OF SERVICE** |

      Rajiv D. Parikh, Esq., certifies, under penalty of perjury pursuant to 28 U.S.C. § 1746(2), that the following is true and correct:

      1.     I am an attorney duly admitted in the State of New Jersey and to the United States District Court for the District of New Jersey.

2. I am a partner at the law firm of Genova Burns LLC, attorneys for Plaintiff Democratic National Committee in this matter.

3. On October 26, 2016, on behalf of the Democratic National Committee, I caused to be electronically filed via CM/ECF an Order to Show Cause, Memorandum in Support of Order to Show Cause, Certification of Angelo J. Genova, with Exhibits, and Declaration of Marc E. Elias, with Exhibits.

4. In addition, one copy of the aforementioned documents was served on Defendant Republican National Committee via email at 4:35 p.m. to:

> John Phillippe, Esq.
> Chief Counsel
> Republican National Committee
> jphillippe@gop.com
> jphillippe@rnchq.org

I certify under penalty of perjury that the foregoing is true and correct.


By:   /s/ Rajiv D. Parikh
RAJIV D. PARIKH

Dated: October 26, 2016