UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DEMOCRATIC NATIONAL COMMITTEE, et al.,

    *Plaintiffs*,

v.

REPUBLICAN NATIONAL COMMITTEE, et al.,

    *Defendants*.

Civil Action No. 81-03876

**ORDER**

### John Michael Vazquez, U.S.D.J.

The Court received and reviewed the emergent motion of Plaintiff Democratic National Committee ("Plaintiff") to hold Defendant Republican National Committee ("Defendant") in contempt for alleged violations of the 1982 Consent Decree, as modified in 1987 and 2009, and for injunctive relief (D.E. 95); and on October 27, 2016, the Court held a telephone conference on the record with counsel for both parties: Angelo Genova, Esq., Rajiv Parikh, Esq., Marc Elias, Esq., and Joshua Kaul, Esq. appearing for Plaintiff, and Mark Sheridan, Esq., Bobby Burchfield, Esq., and Matthew Leland, Esq. appearing for Defendant[1]; and for the reasons stated on the record; and for good cause shown,

IT IS on this 27th day of October 2016,

---

[1] Mr. Elias, Mr. Kaul, Mr. Burchfield, and Mr. Leland indicated that they will be seeking to be admitted *pro hac vice*, and both Plaintiff and Defendant consented to such admission. Due to the time sensitive nature of the current matter, the Court permitted all counsel to participate in the telephone conference.

**ORDERED** that the Clerk shall re-open this matter for purposes of addressing the pending motion; it is further

**ORDERED** that Plaintiff's request to engage in limited and expedited discovery shall be submitted on the docket no later than 11:59 p.m. EST today, October 27, 2016; it is further

**ORDERED** that Defendant's response to Plaintiff's discovery request shall be submitted on the docket no later than 5:00 p.m. EST tomorrow, October 28, 2016; it is further

**ORDERED** that, as to Plaintiff's emergent motion, Defendant's opposition brief and exhibits shall be submitted on the docket no later than 2:00 p.m. EST on Monday, October 31, 2016; it is further

**ORDERED** that the Court shall hold a telephone conference with counsel at 4:30 p.m. EST on Monday, October 31, 2016 to discuss Plaintiff's discovery requests[2];

**ORDERED** that, as to its emergent motion, Plaintiff's reply to Defendant's opposition shall be submitted on the docket no later than 5:00 p.m. EST on Tuesday, November 1, 2016; it is further

**ORDERED** that oral argument is scheduled at 10:00 a.m. EST on Wednesday November 2, 2016; and it is further

**ORDERED** that for the reasons stated on the record, Plaintiff's request for temporary restraints is **DENIED** at this point, but the Court will make a final ruling as to

---

[2] During the telephone conference, both parties may address Plaintiff's discovery requests in light of Defendant's October 31 submission. If the Court orders discovery, the deadlines set forth on November 1 and November 2, 2016 are subject to change.

2

Plaintiff's request for injunctive relief following the full briefing and argument set forth above.

_____
John Michael Vazquez, U.S.D.J.