

Squire Patton Boggs (US) LLP
The Legal Center
One Riverfront Plaza
1037 Raymond Blvd.
Newark, New Jersey  07102

O  +1 973 848 5600
F  +1 973 848 5601
squirepattonboggs.com

Mark D. Sheridan
T  +1 973 848 5681
mark.sheridan@squirepb.com

October 28, 2016

Honorable John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
U.S. Courthouse and Post Office Building
50 Walnut Street, Courtroom PO 03
Newark, New Jersey  07101

**Re: Democratic National Committee, et al. v. Republican National Committee, et al.
Civil Action No.: 81-3876 (JMV) (JBC)**

Dear Judge Vazquez:

Our firm represents the Republican National Committee in the above-referenced matter. Pursuant to L. Civ. R. 101.1(c), please accept this letter and accompanying Proposed Order to admit Matthew M. Leland, Esq. and Bobby R. Burchfield, Esq. to appear *pro hac vice* as co-counsel in the above-referenced matter.

Furthermore, please accept the certifications of admission and good standing of Matthew M. Leland, Esq. and Bobby R. Burchfield, Esq. as well as the certification of Mark D. Sheridan as required by L. Civ. R. 101.1(c) as part of the application.

Thank you for Your Honor's time and consideration in this matter. I can be reached at 973-848-5681 should Your Honor have any questions.

Respectfully submitted,

Squire Patton Boggs (US) LLP

/s/ Mark D. Sheridan

Mark D. Sheridan

Enc.

46 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.