UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, | Civil Action No. 81-3876 (JMV)(JBC) |
| Plaintiffs, | |
| v. | |
| REPUBLICAN NATIONAL COMMITTEE, *et al.*, | |
| Defendants. | |

### ORDER FOR THE *PRO HAC VICE* ADMISSIONS OF MATTHEW M. LELAND AND BOBBY R. BURCHFIELD

THIS MATTER having come before the Court on the application of Squire Patton Boggs (US) LLP, by Mark D. Sheridan (the "movant"), attorneys for Defendant Republican National Committee, for the *pro hac vice* admissions of Matthew M. Leland and Bobby R. Burchfield (collectively, "counsel") pursuant to L. Civ. R. 101.1(c); and the Court having considered the submissions in support of the application, which reflect that counsel satisfy the requirements set forth in L. Civ. R. 101.1(c)(1); and there being no opposition to this application; and for good cause shown,

IT IS on this 31 day of October, 2016,

ORDERED that the application for the *pro hac vice* admission of counsel is granted;

IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting a counsel's standing at the bar of any court;

IT IS FURTHER ORDERED that counsel are deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against any counsel that may arise from a counsel's participation in this matter;

IT IS FURTHER ORDERED that the movant shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter;

IT IS FURTHER ORDERED that counsel shall each make payment to the New Jersey Lawyers' Fund for Client Protection for each year in which counsel represents its client in this matter pursuant to N.J. Court Rule 1:28-2;

IT IS FURTHER ORDERED that counsel shall each make payment of $150 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of counsel or their inability to be in attendance at proceedings.

HON. JOHN MICHAEL VAZQUEZ
United States District Court Judge