Mark D. Sheridan
SQUIRE PATTON BOGGS (US) LLP
The Legal Center
One Riverfront Plaza
1037 Raymond Blvd.
Newark, New Jersey  07102
Telephone: (973) 848-5681
Email: mark.sheridan@squirepb.com

Bobby R. Burchfield
Matthew M. Leland
KING & SPALDING LLP
1700 Pennsylvania Ave, N.W.
Suite 200
Washington, D.C.  20006
Telephone: (202) 626-5524
Email: bburchfield@kslaw.com

*Attorneys for Defendant Republican National Committee*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.* <br><br> Defendants. | Civil Action No.: 81-3876 <br><br> Judge John Michael Vazquez |

**CERTIFICATION OF MARK D. SHERIDAN**

I, Mark D. Sheridan, Esq., being of full age and upon my oath according to law, hereby certify as follows:

1. I am an Attorney-at-Law of the State of New Jersey and a partner in the law firm of Squire Patton Boggs, LLP, and an attorney for Defendant, Republican National Committee, in the above captioned matter. I am familiar with the facts related to this litigation.

2. Annexed hereto as Exhibit A is a true copy of the declaration of John R. Phillippe Jr., executed October 31, 2016.

3. Annexed hereto as Exhibit A-01 are true copies of the November 1, 1982 Consent Decree, its July 29, 1987 modification, and its December 2009 modification.

4. Annexed hereto as Exhibit A-02 is a true copy of *The Republican National Committee Rules*, dated 2016.

5. Annexed hereto as Exhibit A-03 is a true copy *of Statement of Organization for Donald J. Trump for President, Inc.*, July 29, 2015.

6. Annexed hereto as Exhibit A-04 is a true copy 81 Fed. Reg. 7101, 7103, dated, February 10, 2016.

7. Annexed hereto as Exhibit A-05 is a true copy Initial & Amended Statements of Organization for Hillary Victory Fund Joint Fundraising Committee.

8. Annexed hereto as Exhibit A-06 is a true copy of the RNC's March 2016 Consent Decree Compliance Guide.

9. Annexed hereto as Exhibit A-07 is a true copy of the RNC's March 2016 Consent Decree Overview.

10. Annexed hereto as Exhibit A-08 is a true copy of the RNC's July 22, 2016 Orientation Presentation for New Members.

11. Annexed hereto as Exhibit A-09 is a true copy of the RNC's August 19, 2016 Consent Decree Memorandum.

12. Annexed hereto as Exhibit A-10 is a true copy of the RNC's September 22, 2016 Consent Decree Guidance Memorandum.

13. Annexed hereto as Exhibit A-11 is a true copy of the RNC's September 22, 2016 Consent Decree One-Page Memorandum.

14. Annexed hereto as Exhibit A-12 is a true copy of the RNC's October 17, 2016 Consent Decree Memorandum.

15. Annexed hereto as Exhibit A-13 is a true copy of John Ryder's October 19, 2016 Consent Decree E-Mail to RNC Members.

16. Annexed hereto as Exhibit A-14 is a true copy of the RNC's October 21 & 25, 2016 Consent Decree Presentation.

17. Annexed hereto as Exhibit A-15 is a true copy of John Phillippe's August 13, 2016 Consent Decree Letter to Donald McGahn.

18. Annexed hereto as Exhibit A-16 is a true copy of a Talking Points Memo Article, "Why the RNC Wants Nothing to Do with Trump's Poll Watcher Call to Arms," October 21, 2016.

19. Annexed hereto as Exhibit B is a true copy of the declaration of Peter Graves, executed October 30, 2016.

20. Annexed hereto as Exhibit C is a true copy of the declaration of Juston Johnson, executed October 30, 2016.

21. Annexed hereto as Exhibit D is a true copy of the declaration of Josh Kivett, executed October 30, 2016.

22. Annexed hereto as Exhibit E is a true copy of the declaration of Alexis V. Darnell, executed October 30, 2016.

23. Annexed hereto as Exhibit F is a true copy of the declaration of Mark Jefferson, executed October 30, 2016.

24.     Annexed hereto as Exhibit G is a true copy of the declaration of Chris Carr, executed October 31, 2016.

25.     Annexed hereto as Exhibit H is a true copy of the declaration of Sarah Nelson, executed October 31, 2016.

26.     Annexed hereto as Exhibit I is a true copy of Transcripts of Ben Ginsberg's Remarks on MSNBC.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Mark D. Sheridan

Mark D. Sheridan

Dated: October 31, 2016