# Exhibit A-09



# Republican National Committee

**Counsel's Office**

## MEMORANDUM

| | |
|---|---|
| **FROM:** | RNC Counsel's Office |
| **DATE:** | August 19, 2016 |
| **RE:** | RNC Consent Decree |

---

As the election approaches, it is important to be mindful of the "Consent Decree," which **prohibits the RNC, including its employees, officers, volunteers, and others acting on RNC's behalf, from engaging in "ballot security" or Election Day Operations (EDO) programs such as poll watching and other activities designed to prevent or remedy voter fraud.** If you are receiving this memo, you are covered by the Consent Decree and are obligated to abide by its prohibitions.

Based on recent media reports, the Donald J. Trump campaign is organizing a program to recruit election observers. While it is unclear what duties an election observer would have, it appears that they will be asked to monitor the election process to ensure the integrity and accuracy of the results, including likely as poll watchers. Reports also indicate that Mr. Trump has encouraged voters to be on the lookout for problems such as individuals attempting to vote more than once.

Presidential campaigns (often working with the state parties) customarily have organized similar efforts to recruit and deploy election observers to battleground states. The Trump Campaign, state parties, and other non-RNC organizations may organize an EDO or so-called "ballot security" program completely independent of and without any involvement from the RNC and its staff, so long as such program complies with the law.

**As in the past, the RNC has no role and will not partake in these efforts in any capacity**. **Under no circumstances may any RNC employee or anyone else acting on the RNC's behalf engage in the planning or conducting of these activities.** In addition, the RNC will provide no resources (e.g. funding, office space, equipment) to be used for these activities.

With voting beginning next month, the RNC Counsel's Office will provide further compliance training in this area, particularly for those in the field who are sometimes working in close proximity to state party and Trump Campaign staff to ensure you understand these restrictions and the scope of activities in which you may participate. In the meantime, be mindful that EDO organizing efforts are likely underway and you must strictly avoid participation in any planning

meetings, recruitment efforts, and other activities related to EDO and/or the prevention of voter fraud.

There are severe consequences for any violation of the Consent Decree, one of which will be a renewal of its provisions for another eight years. ***It is set to expire in 2017 (after nearly 4 decades) – but only if no violation occurs between now and then.***

If you have any questions about the Consent Decree, please contact Deputy Chief Counsel Justin Riemer in the RNC Counsel's Office at (202) 863-8638 or [jriemer@gop.com](mailto:jriemer@gop.com). In addition, if you are asked to engage in any activity and are unsure if it would violate the Consent Decree, please contact the Counsel's Office immediately and refrain from participating unless and until the Counsel's Office has advised you that your participation is allowed. It is absolutely better to be safe than sorry.