# Exhibit A-15



**Republican National Committee**

**Counsel's Office**

August 13, 2016

Donald F. McGahn II
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113

Dear Mr. McGahn:

As you are aware, the Republican National Committee (the "RNC") is covered by, and strictly complies with, a consent decree in litigation styled *Democratic National Committee, et. al. v. Republican National Committee et. al.*  Under this consent decree, the RNC refrains from engaging in any way in a broad range of activities related to "ballot security."  Such activities include any effort to prevent or remedy vote fraud.  The consent decree by its terms does not apply to candidates, campaigns, most state parties, or anyone else not acting on behalf of the RNC.

While I understand that neither Mr. Trump nor his campaign would purport to act on behalf of the RNC, there seems to be some effort in the media to tie the RNC to Mr. Trump's recent comments regarding preventing a "rigged election" and the recruitment by Donald J. Trump for President, Inc. of "election observers."  Therefore, I am writing to confirm that neither Mr. Trump nor any employees or agents of his campaign are agents of the RNC with respect to such comments or activities – or any other comments and activities unless and until explicitly granted such agency.

I have previously provided you with copies of the relevant court orders as well as RNC training materials from prior elections.  We will be updating these materials in the near future and will be providing mandatory training to RNC staff, as we do each election cycle.  I will provide these materials to you when they are complete for your reference.

Paid for by the Republican National Committee
310 First Street, SE • Washington, DC 20003 • (202) 863-8638 • Fax (202) 863.8654
www.gop.com

As you know, despite efforts by the media and the Democratic National Committee to politicize and abuse the consent decree over the years, the RNC takes its obligations under the consent decree very seriously and will continue to abide by them.

      Regards,

      John R. Phillippe Jr.
      Chief Counsel