UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.* <br><br> Defendants. | Civil Action No.: 81-3876 (JMV)(JBC) <br><br> **DECLARATION OF SCOTT FORSTALL** |

Pursuant to 28 U.S.C. § 1746, I, Scott Forstall, declare as follows:

1. My name is Scott Forstall. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am a U.S. Citizen, and a resident of California. I currently work as an engineering and tech consultant. I also volunteer, with my wife, as a poll observer for the Democratic Party.

3. On October 27, 2016, my wife and I volunteered as poll observers at the Winchester Cultural Center on McLeod Drive in Clark County, Nevada. While volunteering I met another observer named Onita Petersen. When I first introduced myself to Ms. Petersen, she told me that she was an Independent poll observer. As we talked throughout the day, I learned that Ms. Petersen lived in East Las Vegas, and I was surprised that she was observing a polling location so far from her home. Therefore, I asked Ms. Petersen why she had chosen to observe at the Winchester early voting site. Ms. Petersen told me that she had received a text from the Republican National Committee ("RNC") telling her to go to Winchester to observe the polls. At

1

this point Ms. Petersen confirmed that she was not an Independent poll observer, but actually a poll observer for the RNC.

      4.     Similarly, on October 26, 2016, while volunteering as a poll observer at the early voting location on W. Harmon Avenue on the Las Vegas Strip, I also met another poll observer named Charlene who told me she was with the RNC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2016            Respectfully submitted,

*Scott Forstall*

Scott Forstall

2