

**GENOVA BURNS**
ATTORNEYS-AT-LAW

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
**Tel:** 973.533.0777  **Fax:** 973.533.1112
**Web:** www.genovaburns.com

Rajiv D. Parikh, Esq.
Partner
Member of NJ and NY Bars
rparikh@genovaburns.com
Direct: 973-535-4446

November 1, 2016

**VIA CM/ECF**
Honorable John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
US Courthouse and Post Office Building
50 Walnut Street, Courtroom 03
Newark, New Jersey 07101

> **Re:** **Democratic National Committee, et al., v. Republican National Committee, et al.**
> **Civil Action No.: 81-3876 (JMV) (JBC)**

Dear Judge Vazquez:

We write pursuant to our conversation with Your Honor's law clerk regarding the status of the parties and counsel listed on CM/ECF in the above referenced action. In an effort to clear up the docket, we respectfully request as follows:

The following parties whose applications were resolved years ago can be <u>terminated</u>:

1. Movant Ebony Malone
2. Movant Obama for America
3. Plaintiff Virginia L. Feggins
4. Plaintiff Lynette Monroe

In addition, the following counsel, who are no longer involved in this matter, can be <u>terminated</u>:

1. Craig Harnett Livingston, Esq. (Counsel for Movant Ebony Malone, Plaintiff Democratic National Committee, Plaintiff New Jersey Democratic State Committee, Plaintiff Virginia Feggins, Plaintiff Lynette Monroe)
2. Christina Lynn Saveriano, Esq. (Counsel for Movant Obama for America, Plaintiff New Jersey Democratic State Committee)
3. John W. Bartlett, Esq. (Counsel for Plaintiff Democratic National Committee)

---

Newark, NJ • New York, NY • Camden, NJ • Red Bank, NJ • Philadelphia, PA • Jersey City, NJ • Washington, DC



**GENOVA BURNS**
ATTORNEYS-AT-LAW

Honorable John Michael Vazquez, U.S.D.J.
November 1, 2016
Page 2

4.  Megan McGeehin Schwartz, Esq. (Counsel for Plaintiff New Jersey Democratic State Committee)
5.  Dorothy A. Harbeck, Esq. (Counsel for Defendant Republican National Committee)

Accordingly, the only active New Jersey admitted counsel are Genova Burns LLC on behalf of Plaintiff Democratic National Committee, and Squire Patton Boggs LLP on behalf of Defendant Republican National Committee. In addition, as the Court is aware, there are out of state counsel who were recently admitted *pro-hac vice* in this matter and who will continue to be involved. *See* Docket Entry Nos. 104, 106 and 109. Defendant Republican National Committee concurs with the above and consents to this request.

Thank you for Your Honor's consideration.

Respectfully,

**GENOVA BURNS LLC**

RAJIV D. PARIKH

RDP:dmc

c:   Angelo J. Genova, Esq. (via CM/ECF)
     Marc E. Elias, Esq. (via electronic mail)
     Joshua L. Kaul, Esq. (via electronic mail)
     Mark Sheridan, Esq. (via CM/ECF)
     Bobby Burchfeld, Esq. (via electronic mail)

*The Clerk is directed to make the above referenced modifications to the Docket.*

**SO ORDERED:**

_____

Honorable John Michael Vazquez, U.S.D.J.