# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

DEMOCRATIC NATIONAL COMMITTEE, et al.,

    *Plaintiffs*,

  v.

REPUBLICAN NATIONAL COMMITTEE, et al.,

    *Defendants*.

Civil Action No. 81-03876

## **ORDER**

**John Michael Vazquez, U.S.D.J.**

On October 27, 2016, the Court entered a scheduling order (D.E. 102) concerning the emergent motion of Plaintiff Democratic National Committee ("Plaintiff") to hold Defendant Republican National Committee ("Defendant") in contempt for alleged violations of the 1982 Consent Decree, as modified in 1987 and 2009, and for injunctive relief (D.E. 95); and on October 31, 2016, the Court entered an additional order regarding discovery and partially modifying the briefing and argument schedule (D.E. 113); and the Court thereafter having received and reviewed Plaintiff's October 31, 2016 submission (D.E. 114); and on November 2, 2016, the Court having held a telephone conference on the record with counsel for both parties: Angelo Genova, Esq., and Joshua Kaul, Esq. appearing for Plaintiff, and Mark Sheridan, Esq., Bobby Burchfield, Esq., and Matthew Leland, Esq. appearing for Defendant; and for the reasons stated on the record; and for good cause shown,

IT IS on this 2nd day of November 2016,

**ORDERED** that the scheduling and discovery Order entered on October 31, 2016 (D.E. 113) remains in full force and effect; it is further

**ORDERED** that Defendant shall also produce to Plaintiff no later than 5:00 p.m. EST, November 3, 2016, and file on the docket the following: An affidavit or affidavits by a person or persons with personal knowledge setting forth in detail Defendant's efforts regarding poll watching or poll observation[1] in connection with the 2016 Presidential Election. Defendant's efforts shall apply to those efforts by any employee, agent, or servant of Defendant, including volunteers and independent contractors/vendors. The affiant(s) shall be an agent, servant, or employee of Defendant. The affidavit(s) shall set forth all material terms of any such efforts, including any geographic areas which are being targeted for poll watching or poll observation and the reason(s) those areas are being targeted. Any training materials or advice,[2] whether written, electronic, or verbal, provided to poll watchers or poll observers shall also be provided.

John Michael Vazquez, U.S.D.J.

---

[1] Poll watching and poll observation includes any such efforts concerning early voting, Election Day at the polls, the counting of vote-by-mail/absentee ballots, and post-election canvassing when there may be disputes about counting the ballots of particular individuals.

[2] Included within this information shall be any material or advice regarding for whom the poll watchers or poll observers are working and how the poll workers or poll observers may, should, or must respond to any inquiries as to whom they are working for.