Mark D. Sheridan
SQUIRE PATTON BOGGS (US) LLP
The Legal Center One
Riverfront Plaza 1037
Raymond Blvd.
Newark, New Jersey 07102
Telephone: (973) 848-5681
Email: mark.sheridan@squirepb.com

Bobby R. Burchfield
Matthew M. Leland
KING & SPALDING LLP
1700 Pennsylvania Ave, N.W. Suite 200
Washington, D.C. 20006
Telephone: (202) 626-5524
Email: bburchfield@kslaw.com

*Attorneys for Defendant Republican National Committee*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.* <br><br> Defendants. | Civil Action No.: 81-3876 <br><br> Judge John Michael Vazquez |

**CERTIFICATION OF MARK D. SHERIDAN**

I, Mark D. Sheridan, Esq., being of full age and upon my oath according to law, hereby certify as follows:

1.  I am an Attorney-at-Law of the State of New Jersey and a partner in the law firm of Squire Patton Boggs, LLP, and an attorney for Defendant, Republican National Committee, in the above captioned matter. I am familiar with the facts related to this litigation.

2. Annexed hereto as Exhibit J is a true copy of the declaration of John R. Phillippe Jr., executed November 2, 2016.

3. Annexed hereto as Exhibit K is a true copy of the declaration of Ronna Romney McDaniel, executed November 2, 2016.

4. Annexed hereto as Exhibit L is a true copy of the declaration of Robert A. Gleason Jr., executed November 2, 2016.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Mark D. Sheridan, Esq.

Dated: November 2, 2016