

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
**Tel:** 973.533.0777  **Fax:** 973.533.1112
**Web:** www.genovaburns.com

Rajiv D. Parikh, Esq.
Partner
Member of NJ and NY Bars
rparikh@genovaburns.com
Direct: 973-535-4446

November 2, 2016

**VIA ECF FILING**
Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
United States Courthouse and Post Office Building
50 Walnut Street
Newark, New Jersey 07102

Re:  **Democratic National Committee, et al., v. Republican National Committee, *et al.*, Civil Action No.: 81-3876**

Dear Judge Vazquez:

As discussed on our call with the Court this morning, enclosed please find three additional declarations related to plaintiff Democratic National Committee's pending application.  Please note that a phone number in the Exhibit to the Declaration of Irasema Garza has been redacted.  If the Court requires, the DNC will submit the appropriate application pursuant to *L. Civ. R.* 5.3.

Respectfully,

**GENOVA BURNS LLC**

RAJIV D. PARIKH

c:   Angelo J. Genova, Esq. (via CM/ECF)
Marc E. Elias, Esq. (via electronic mail)
Joshua L. Kaul, Esq. (via electronic mail)
Mark Sheridan, Esq. (via CM/ECF)
Bobby Burchfield, Esq. (via CM/ECF)