UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*<br><br>Defendants. | Civil Action No.: 81-3876 (JMV)(JBC)<br><br>**DECLARATION OF MELISSA ALESSI** |

Pursuant to 28 U.S.C. § 1746, I, Melissa Alessi, declare as follows:

1. My name is Melissa Alessi. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am a U.S. Citizen, and a resident of Las Vegas, Nevada. I have been a practicing attorney for eleven years. I also volunteered as a poll observer for the Democratic Party in Nevada.

3. On October 30, 2016, I volunteered as a poll observer at the Albertson's grocery store located on 5881 E. Charleston Ave. in Clark County, Nevada. While volunteering I met another observer named Onita, who was a Republican observer. Throughout the course of our conversations that day, I learned that Onita lived in East Las Vegas and had been serving as a poll observer the entire week. Onita told me that she was serving as a poll observer through Nevada Grassroots.

4. At one point during the day, I personally observed a voter enter the polling location and request to vote on a paper ballot. The Team Leader for the polling location, i.e., the

1

lead polling location election official, explained to the voter that they did not have paper ballots at the polling location. However, motioning to Onita, the Team Leader for the polling location said that he didn't know this, but "she" said that you can go to the county building and get a paper ballot to vote. The Team Leader for the polling location then instructed the man that he could go to the county building, but also explained that the man's vote would be counted if he voted on the machine. The voter was persuaded by the Team Leader and voted on the voting machine.

5. Shortly thereafter, I personally observed the Team Leader for the polling location approach Onita and advise her that he called the registrar of elections, and learned that, contrary to Onita's prior statements, voters cannot obtain a paper ballot for immediate voting at the county building. He further explained that a voter may be able to get a sample ballot or an absentee ballot, but that the voter could not immediately cast his or her vote on a paper ballot at the county building. It was plain that Onita had provided him with misinformation.

6. In another instance, my co-observer told me that she witnessed Onita providing misinformation to a voter regarding whether they could vote at the early voting location even though it was not in his assigned precinct. Onita began to tell a voter that he could not vote in that location, and my co-observer had to step in and explain to him that he could vote at the early voting location.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2016                                  Respectfully submitted,

                                                         _____
                                                         Melissa Alessi

2