UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*<br><br>Defendants. | Civil Action No.: 81-3876 (JMV)(JBC)<br><br>**DECLARATION OF IRASEMA GARZA** |

Pursuant to 28 U.S.C. § 1746, I, Irasema Garza, declare as follows:

1. My name is Irasema Garza. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am a U.S. Citizen, and a resident of Chevy Chase, Maryland. I currently work as a consultant. I am also volunteering as a poll observer for the Democratic Party in Nevada.

3. On October 30, 2016, I volunteered as a poll observer at the Whitney Library voting location on East Tropicana in Clark County, Nevada. While volunteering I met another observer named Brenda. When I first introduced myself to her, I learned that she was serving as a poll observer on behalf of a Republican group. As we talked throughout the day, I asked Brenda if she was serving as a poll observer for the Trump Campaign or for the Republican National Committee. She told me "I'm with the Trump Campaign, but it's the RNC who is really running this program." It was my understanding from our conversation that Brenda was referring to the poll observer program. I also learned through my co-observer that Brenda was not a

1

volunteer, but was being paid to observe the polls. Brenda told me directly that she was allowed to work a five hour shift each day.

    4.    When I learned that Brenda was working as a poll observer for the RNC, I sent a text to my contact at the Democratic coordinated campaign to let her know. A true and correct copy of that text is attached to this declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2016                            Respectfully submitted,

*Irasema Garza*
_____
   Irasema Garza

# **Exhibit A**

●○○○○ AT&T 🛜  8:41 PM  46% 🔋



Sunday 11:47 AM

> Rachel I was not able to figure out who Charlene the independent observer is with. She is being cryptic about the org she is with. She told she was sort of with an org but here on her own. The republican observer told me she is with Trump campaign but that really the RNC is running their program. I mention this because of the consent order and the DNC lawsuits in FL.

Sunday 1:15 PM

Thank you! Did you input

 iMessage