# **Exhibit D**

# ELECTION OFFICERS
# &
# POLL WATCHERS

## REPUBLICAN PARTY
## OF
## VIRGINIA

### PREPARED BY
### FAIRFAX COUNTY REPUBLICAN COMMITTEE
### SEPTEMBER, 2016

# Election Officer or Pollwatching

2

- **Republican Election Officers are the 1st line of defense against election fraud – you are helping run the election**

- **Republican Pollwatchers are the 2nd line of defense – a second set of eyes to catch problems**

© FCRC 2016

# Becoming an Election Officer

3

- Stop election fraud before it happens
- Full (~ 5:00 AM to 9:00 PM) or ½ day commitment.
- $125 to $175 as full day Election Officer working for your county/city
- Training provided – election process, set-up and use of machines, assist voters, tally results

© FCRC 2016

# Why Do Pollwatching?

4

- Defend election integrity
- Observe inadvertent or deliberate misuse of election procedures or laws
- Request immediate corrective action
- Escalate unresolved issues
- You determine your time commitment
- Training provided by RPV or your local unit

© FCRC 2016

# Pollwatcher Rights & Responsibilities

5

- Official election day role (§24.2-604)
- Authorization from local party chairman
- Allowed to "see and hear" all activities
- Observe the process and challenge questionable activity
- Point out the situation to the Chief or Asst Chief and ask for corrective action
- Escalate the concern if the Chief or Asst Chief does not act to your satisfaction

© FCRC 2016

# Polling Place Layout



© FCRC 2016

# Election Officer & Pollwatcher Training

7

- Understand Election Day operations
- Obtain layman's understanding of the Election Law in §24.2 of the Code of Virginia
- Election Officer – emphasis on process
- Pollwatcher – overview of process & law
- What to look for to stop fraud and what to do about it

© FCRC 2016

# Election Day Players - 1

8

- **Virginia Office of Elections (ELECT)** - Commissioner appointed by Governor
- **3-person State Board of Elections (SBE)** appointed by Governor – 2 from party of Governor – set election policy
- **3-person local Board of Elections (EB)** - 2 from party of Governor – apply policy for locality
- **Local General Registrar of Voters** - appointed by local EB – implement policy

© FCRC 2016

# Election Day Players - 2

9

- **Precinct Election Officers (EO)** – Chief and Ass't Chief (different parties) and Officers (split between parties) – conduct election

- **Outside Pollworkers** – distribute party literature beyond 40 foot from entrance to poll

- **Inside Pollwatchers** – official observers from the parties

© FCRC 2016

# Election Day Players - 3

10

- **Precinct voters**
- **News Media** - limited access
- **Neutral Guest Observers** – invited by local EB
- **Candidates** – limited access

© FCRC 2016

# Polling Place Operations

11

- **Before** the polls open (~5:00 am)
- **Voting** period (6:00 am to 7:00 pm)
- **After** the polls close (7:00 pm to ~ 9:00 pm)

© FCRC 2016

# If You Observe A Problem

(12)

1. **Immediate action is required**

2. Inform the Chief or the Asst Chief

3. Election Officers: work with Chief/Asst Chief to correct (if possible)

4. Pollwatchers: if response is unsatisfactory or untimely, you can escalate and call the Hot Line.

© FCRC 2016

# Opening the Polls (1 of 2)

13

- **Public counters on machines are not zero** (§24.2-639) - the EO's should examine each voting machine to ascertain that the public counters are zero.

- **You are not allowed to see the tapes and counters** (§24.2-639) -  machines should be examined in the presence of the authorized pollwatchers.

© FCRC 2016

# Opening the Polls (2 of 2)

14

- **Opening tapes on the voting machines show votes have already been cast** (§24.2-639) - the EO's should examine each voting machines and remove any machines with existing votes

- **Machine(s) are not secured with a seal or lock** (§24.2-633&634) – The machine(s) **should not be used**

© FCRC 2016

# Improper Activities (1 of 3)

15

- **The polls do not open at 6:00 AM** (§24.2-603)

- **Unauthorized persons are in the polling place** (§24.2-604C) - only authorized persons (EO's, up to 3 pollwatchers from each party and precinct voters)

- **Outside pollworkers are too close to the entrance** (§24.2-604A & 604B) - must be at least 40 ft from the poll entrance

© FCRC 2016

# Improper Activities (2 of 3)

16

- **The Chief refuses to let you use your PDA or cell phone** (§24.2-604C) – allowed as long as no pictures taken and not disruptive

- **The polls remain open after 7:00 pm** (§24.2-603) - only those in line will be allowed to vote after 7:00 pm

© FCRC 2016

# Improper Activities (3 of 3)



17

- **The authorized Democrat pollwatchers are not registered voters in Virginia** (§24.2-604C) - must be registered Virginia voters

- **A voter or a pollwatcher becomes unruly or disruptive** (§24.2-607) — may be removed by EO's

© FCRC 2016

# Voter Check-In (1 of 3)

18

- **Voter is not first asked for his name & address upon arrival at pollbook station** (§24.2-643B) – voter must respond either orally or in writing

- **The Election Officer does not announce the name of the voter so that it can be heard** (§24.2-643B) - the EO's must repeat the name & address so the pollwatchers can hear it

© FCRC 2016

# Voter Check-In (2 of 3)

19

- **Voter is not asked for ID** (§24.2-643A) - the EO must ask for and see an ID / list of acceptable ID's available

- **Voter's name on pollbook but has no acceptable ID** (§24.2-643B) - the voter must cast a Provisional ballot

- **Voter marked in pollbook as having already voted in person** (§24.2-651.1) — only entitled to cast a Provisional ballot / counter arguments must be rejected

© FCRC 2016

# Voter Check-In (3 of 3)

 20

- **Voter marked in pollbook as having voted absentee attempts to vote in person** (§24.2-653.1) – only allowed to cast a Provisional ballot / unless <u>unused</u> Absentee Ballot returned

- **Voter name is not in the pollbook (§24.2-653)** - Chief must contact Registrar to determine status / if error, o.k. to vote regular ballot / if undetermined, Provisional ballot only

© FCRC 2016

# Voter Assistance (1 of 2)



- **Authorized Democrat pollwatchers are attempting to assist/influence voters inside the polls** (§24.2-604C &D) — pollwatchers may not provide assistance to voters inside the polls / social discourse o.k.

- **A voter asks to vote outside the polls** (§24.2-649A & 639) -  any voter over 65 or physically disabled may request curbside voting /the pollwatcher may observe

© FCRC 2016

# Voter Assistance (2 of 2)



22

- **A voter is being assisted in marking his ballot** (§24.2-649B) — the voter may request an assistant (cannot be employer or union officer) to help him vote but a Request for Assistance form must be signed by both

  ○ Voters requiring language translation

  ○ Blind or physically challenged voters

  ○ Caretaker for group must sign Request for Assistance for every voter in group

© FCRC 2016

# Other Problems (1 of 3)

23

- **Fleeing voter: Voter leaves without completing his voting** (SBE Regulation) — under no circumstances should the EO scan a ballot found unattended

- **Challenge — you suspect a voter is not qualified** (§24.2-651) — any qualified voter can challenge the vote of a person — you must sign a Challenge Form — if voter signs Affirmation Form, vote will be allowed

© FCRC 2016

# Other Problems (2 of 3)



- **Anyone other than voter and EO touches a voting machine** (§24.2-68) -  the voting machines must be kept in the open / per §24.2-1009, it is a felony for anyone to tamper with a voting machine

- **A voting machine breaks down after votes are cast** (§24.2-642) - the Chief must contact the Registrar for technician / pollwatchers may observe repairs / **UNDER <u>NO</u> CIRCUMSTANCES IS MACHINE TO BE REMOVED FROM POLLING PLACE**

© FCRC 2016

# Other Problems (3 of 3)


25

- **Court orders the polls to stay open after 7:00 PM** (§24.2-653C) - the polling hours may be extended by court order / all votes on Provisional ballots

- **Voted Provisional ballots are not secured** (§24.2-653A) — inform Chief to put ballots in secure envelope

- **Voter scans provisional ballot** (§24.2-653B) — voter eligibility checked after election and vote accepted/rejected by local EB

© FCRC 2016

# Closing the Polls (1 of 2)

26

- **After polls close at 7:00 pm, the polling place is not secured and unauthorized people are in the room** (§24.2-655) - only EO's and two pollwatchers from each party allowed / no one can leave once Closing started.

- **You are unable to see the closing tapes or hear the results for each race** (§24.2-655) - two pollwatchers from each party are allowed to observe Closing / results verified at Canvass on Wednesday

© FCRC 2016

# Closing the Polls (2 of 2)

27

- **The pollbook counts and the machine vote totals are not equal** (§24.2-657) - machine totals accepted if differences unresolved / if discrepancy, Chief must document

- **A machine is unable to print a closing tape** (§24.2-642A) - the machine should be locked, sealed and delivered to the Registrar / results determined at Canvass on Wednesday

© FCRC 2016

# Thank You



- Your efforts working on Election Day are critical to ensuring the integrity of the election.

- You are making a significant contribution to the campaigns.

## On To Victory!

© FCRC 2016