# Audio Recording of Training Call
# Date: November 1st, 2016



## (Click Above Icon for Audio)