

Squire Patton Boggs (US) LLP
The Legal Center
One Riverfront Plaza
1037 Raymond Blvd.
Newark, New Jersey 07102

O  +1 973 848 5600
F  +1 973 848 5601
squirepattonboggs.com

Mark D. Sheridan
T  +1 973 848 5681
mark.sheridan@squirepb.com

November 4, 2016

Honorable John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
U.S. Courthouse and Post Office Building
50 Walnut Street, Courtroom PO 03
Newark, New Jersey 07101

**Re: Democratic National Committee, et al. v. Republican National Committee, et al.
Civil Action No.: 81-3876 (JMV) (JBC)**

Dear Judge Vazquez:

Our firm represents the Republican National Committee ("RNC") in the above-referenced matter. In response to Plaintiff Democratic National Committee's filing dated November 3, 2016 (ECF 125), containing the Declaration of Frank Anderson, Defendant RNC respectfully submits the following declaration of Chris Marsden for the Court's consideration at the hearing scheduled for 10:00 AM this morning.

Thank you for Your Honor's time and consideration in this matter.

Sincerely,

Squire Patton Boggs (US) LLP

/s/ Mark D. Sheridan

Mark Sheridan, Esq.

Enc.

46 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.