**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** November 4, 2016
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** John Stone

**TITLE OF CASE:**

**DOCKET # 81-3876**

Democratic National Committee
              vs.
Republican National Committee

**APPEARANCES:**

Angelo Genova, Esq. for Plaintiff
Marc Elias, Esq. for Plaintiff
Rajiv Parikh, Esq. for Plaintiff
Bobby Burchfield, Esq. for Defendant
Mat Leland, Esq. for Defendant
Mark Sheradan, Esq. for Defendant

**Nature of Proceedings**:

Hearing on (95) Emergency motion to hold Defendant Republican National Committee in contempt for violations of the Court's Consent Decree via Order to Show Cause by Plaintiff.

Court reserved decision and shall issue a written opinion.

**Time Commenced:** 10:00
**Time Adjourned:** 12:30
**Total Time:** 2:30

                                      RoseMarie Olivieri-Guilloty
                                      SENIOR COURTROOM DEPUTY