

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

**Angelo J. Genova, Esq.**
Partner
Member: NY, NJ & PA Bar
agenova@genovaburns.com
Direct: 973-535-7100

November 4, 2016

**VIA ECF FILING**
Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
United States Courthouse and Post Office Building
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>**Democratic National Committee, et al., v. Republican National Committee, *et al.*, Civil Action No.: 81-3876 (JMV)(JBC)**</u>

Dear Judge Vazquez:

    Attached is a copy of a Temporary Restraining Order issued today in *Ohio Democratic Party v. Ohio Republican Party, et al.*, Case No.: 16-cv-02645 (N.D. Ohio). DNC respectfully submits that the issuance of this order directly addresses the point discussed with the Court during argument today related to the remedy at issue in the present matter, namely whether an injunction against the RNC for conduct that they are prohibited from undertaking would have an effect. As noted by the Northern District of Ohio, injunctive relief in the context presented here is appropriate and can have its intended effect.

                                        Respectfully yours,

                                        GENOVA BURNS LLC

                                        ANGELO J. GENOVA

AJG
Encl.

    c:      Marc E. Elias, Esq. (via electronic mail)
            Joshua L. Kaul, Esq. (via electronic mail)
            Mark Sheridan, Esq. (via CM/ECF)
            Bobby Burchfield, Esq. (via CM/ECF)
            Rajiv Parikh, Esq. (via electronic mail)