

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

Rajiv D. Parikh, Esq.
Partner
Member of NJ and NY Bars
rparikh@genovaburns.com
Direct: 973-535-4446

November 4, 2016

**VIA ECF FILING**
Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
United States Courthouse and Post Office Building
50 Walnut Street
Newark, New Jersey 07102

    Re:    **Democratic National Committee, et al., v. Republican National Committee,** *et al.*, **Civil Action No.: 81-3876 (JMV)(JBC)**

Dear Judge Vazquez:

    Attached please find the Second Declaration of Michael Lieberman which was executed a short time ago.

    Thank you for the Court's continued attention to this matter.

    Respectfully,

    GENOVA BURNS LLC

    RAJIV D. PARIKH

Encl.

c:    Angelo J. Genova, Esq. (via CM/ECF)
    Marc E. Elias, Esq. (via electronic mail)
    Joshua L. Kaul, Esq. (via electronic mail)
    Mark Sheridan, Esq. (via CM/ECF)
    Bobby Burchfield, Esq. (via CM/ECF)