UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> *Defendants*. | Civil Action No. 81-03876 <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons stated in the accompanying Opinion and for good cause shown,

IT IS on the 5th day of November 2016,

**ORDERED** that Plaintiff's motion for a preliminary injunction is **DENIED**; it is further

**ORDERED** that Plaintiff's request to hold Defendant in contempt and request for sanctions is **DENIED**; it is further

**ORDERED** that Plaintiff's request to extend the Consent Decree is **DENIED**

without prejudice and the parties may seek additional discovery after Election Day.[1]

s/ *John Michael Vazquez*
John Michael Vazquez, U.S.D.J.

---

[1] The Court is not limiting post-election discovery requests to the events described in Nevada. The Court is aware that the reason that the evidence is so limited is due to the time constraints that the parties were operating under due to the approaching Election Day and, as a result, the limited discovery that could reasonably be provided in such a short period. Although the Court is denying Plaintiff's current motion for injunctive relief, for a contempt finding, and for sanctions, nothing in the Court's opinion prohibits Plaintiff from making similar motions in the future if, in its view, it believes that such motions are warranted in light of additional facts discovered during post-election discovery.