# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

Bobby R. Burchfield
Direct Dial +1 202 626 5524
Direct Fax: +1 202 626 3737
bburchfield@kslaw.com

December 27, 2016

Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
U.S. Courthouse and Post Office Building
50 Walnut Street, Courtroom PO 03
Newark, New Jersey 07101

**Re:** *Democratic National Committee, et al. v. Republican National Committee, et al.,*
**Civil Action No.: 81-3876 (JMV) (JBC)**

Dear Judge Vazquez:

In response to the Court's Order dated December 19, 2016, this letter will confirm that counsel for Defendant Republican National Committee will appear at the status conference on January 4, 2017. Bobby R. Burchfield and Mathew M. Leland of King & Spalding, and Mark Errico of Squire Patton Boggs, will appear for the RNC.

          Respectfully submitted,

          /s/ Bobby R. Burchfield
          Bobby R. Burchfield

cc: DNC Counsel (by ECF)