**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                    **DATE:** November 4, 2016
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** John Stone

**TITLE OF CASE:**

**DOCKET # 81-3876**

Democratic National Committee
         vs.
Republican National Committee

**APPEARANCES:**

Elizabeth Frost, Esq. for Plaintiff
Rajiv Parikh, Esq. for Plaintiff
Bobby Burchfield, Esq. for Defendant
Matthew Leland, Esq. for Defendant
Mark Errico, Esq. for Defendant

**Nature of Proceedings**:

Hearing held regarding discovery requests.

**Time Commenced: 2:00**
**Time Adjourned:  3:15**
**Total Time: 1:15**

                                       RoseMarie Olivieri-Guilloty
                                       SENIOR COURTROOM DEPUTY