# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

Bobby R. Burchfield
Direct Dial +1 202 626 5524
Direct Fax: +1 202 626 3737
bburchfield@kslaw.com

August 21, 2017

Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
U.S. Courthouse and Post Office Building
50 Walnut Street, Courtroom PO 03
Newark, New Jersey 07101

**Re:**    ***Democratic National Committee, et al. v. Republican National Committee, et al.,***
    **Civil Action No.: 81-3876 (JMV) (JBC)**

Dear Judge Vazquez:

On behalf of the Republican National Committee, we write to inform the Court of the status of discovery and to request a scheduling conference, either in person or by telephone, at the Court's convenience.

As of today, the RNC has completed its document production in compliance with the Order of the Court dated July 7, 2017.  During the process of its review and production, the RNC reviewed data from 27 custodians, reviewed a total of 24,726 documents comprising 5,668,795 pages, and produced to the DNC 641 documents comprising 13,473 pages. The RNC also served its initial and supplemental privilege logs.  This process has required extensive and expensive efforts by both the RNC's in-house staff and its outside counsel.

To the degree the responsive documents address poll watching activities, they indicate that RNC personnel, consistent with instructions from RNC Chief Counsel John Phillippe, made clear to state party personnel and Trump campaign officials that the RNC could not be involved in such activities.  Several examples of such emails are attached as Exhibit A.  In short, the document production confirms the RNC's position that it has complied in all respects with the Consent Decree, and that the DNC's allegations to the contrary are not substantiated.

We note that Ms. Kishana Holland, the subject of multiple declarations submitted by poll monitors working for the Democratic National Committee, is mentioned (under different names, i.e., "Leslie Holland" and "Kieshana Holland") in 108 documents produced to the DNC. (For obvious reasons, the expedited search for "Kishana Holland" last Fall did not disclose these documents.)  Ms. Holland was paid by the Nevada Republican Central Committee during the pre-election period as a "turf coordinator" in support of get-out-the vote activities.  As shown by the attached documents, she was also simultaneously a salaried employee of the Nevada State Democratic Party.  See documents attached as Exhibit B.

Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
August 21, 2017
Page 2

       The RNC submits that the reasonable document discovery allowed by the Court over the past seven months has been more than sufficient to confirm the RNC's compliance with the Decree. Based on the state of the record, and the DNC's inability to come forward with additional evidence that might prove a violation of the Decree, further discovery would be both unjustified and unduly intrusive. Accordingly, the RNC requests a conference with the Court at its convenience to discuss how to proceed. Plaintiffs' counsel are available at the Court's convenience, including this week (August 21 through 25), except for the afternoon of Wednesday, August 23.

                                           Respectfully submitted,

                                           /s/ Bobby R. Burchfield
                                           Bobby R. Burchfield

cc:     DNC Counsel (by ECF)