# Exhibit A

| | |
|---|---|
| **From:** | Bobby Talbot - Political |
| **Sent:** | Thursday, October 13, 2016 3:59 PM |
| **To:** | tlgreen.nevadagop |
| **Cc:** | gbailor@nevadagop.org |
| **Subject:** | RE: FW: gas |

I am not allowed to have anything to do with EDO operations. That includes poll watching. Please remove me from this email chain and all future emails concerning EDO. Thank you

**From:** tlgreen.nevadagop ⌐ **Redacted - Privacy** ¬
**Sent:** Thursday, October 13, 2016 12:55 PM
**To:** Bobby Talbot - Political
**Subject:** RE: FW: gas

Thank you.

Also I talked to a Rancher, from Ely who spends most his week in Vegas he is interested in Volunteering possibly to be a Poll watcher. He has limited time.
His name is Dwight Bass
Redacted - Privacy

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Bobby Talbot - Political <btalbot@gop.com>
Date: 10/13/16 12:19 PM (GMT-08:00)
To: "tlgreen.nevadagop" ⌐ **Redacted - Privacy** ¬
Subject: RE: FW: gas

Cool ty

**From:** tlgreen.nevadagop ⌐ **Redacted - Privacy** ¬
**Sent:** Thursday, October 13, 2016 11:09 AM
**To:** Bobby Talbot - Political
**Subject:** RE: FW: gas

We called gas company today. They will be coming Friday afternoon.

1

Confidential - Subject to Protective Order

RNC0000000065

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: Bobby Talbot - Political <btalbot@gop.com>

Date: 10/11/16 6:50 PM (GMT-08:00)

To: "Toni Green                **Redacted - Privacy**

Subject: FW: gas

I thought this had been turned in but it hadn't. Go ahead and send it in let me know if you need anything else. Sorry for the delay...

**From:** Greg Bailor [mailto:gbailor@nevadagop.org]
**Sent:** Tuesday, October 11, 2016 6:47 PM
**To:** Bobby Talbot - Political
**Subject:** gas

**Greg Bailor**

*Executive Director*

*Nevada Republican Party*

*C: 775-230-6537*

2

Confidential - Subject to Protective Order

RNC0000000066

| From: | Bobby Talbot - Political |
|---|---|
| Sent: | Tuesday, November 01, 2016 8:29 PM |
| To: | Southern Hills Republican Women |
| Subject: | RE: Poll Watchers Needed |

I am an RNC employee and am legally not allowed to have knowledge of or participate in an EDO operations include poll watching. Please remove me from this email chain and don't include me on any future EDO communications. Thank you

**From:** Southern Hills Republican Women [mailto:lynn=armaninofamily.com@mail251.atl221.rsgsv.net] **On Behalf Of** Southern Hills Republican Women
**Sent:** Tuesday, November 01, 2016 3:26 PM
**To:** Bobby Talbot - Political
**Subject:** Poll Watchers Needed



### Poll Watchers Needed to
### Protect the Integrity of Voting in this Critical Election
### *URGENT!! POLL WATCHERS NEEDED!*

We need poll watchers immediately! Democrats out number us 2 to 1. All you need to do is complete a 45 minute class at Trump Headquarters, address is 1110 Palms Airport Drive, Suite 120, Las Vegas, Nevada 89119. Tonight's class, November 1st, is at 6:00 pm and Wednesday, November 2nd at 11:00 am or 6:00 pm.

Poll watchers are needed NOW through Friday, November 4th and on election day Tuesday, November 8th. Shifts are 4 - 5 hours. This is URGENT, let them know that the Silver State does not tolerate voter fraud! For more information call Trish at 702-768-9538.

Please ask your family, friends, neighbors and community to vote Trump. It is our last chance at freedom. Need a ride to polls, call Trump HQ at 702-819-8800.

1

Confidential - Subject to Protective Order

RNC0000000073

*Copyright © 2016 Southern Hills Republican Women, All rights reserved.*

You are receiving this email as a member of Southern Hills Republican Women.

**Our mailing address is:**

Southern Hills Republican Women

2505 Anthem Village Dr.

Suite E-223

Henderson, NV 89052

Add us to your address book

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list



Right-click here to download pictures. To help protect your privacy, Outlook prevented automatic download of this picture from the Internet.
Email Marketing Powered by MailChimp

2

Confidential - Subject to Protective Order

| | |
|---|---|
| **From:** | Tommy Knepper - Political |
| **Sent:** | Thursday, October 20, 2016 6:18 PM |
| **To:** | Spencer Silverman |
| **Subject:** | Re: Consent Decree |

EDO isn't poll watching, this would be watching polls to cut down on voter fraud. We cannot be involved in that.

So to answer your question, yes

Tommy Knepper
PA State Director
Republican National Committee
(619) 933-6081
TKnepper@gop.com

---

**From:** Spencer Silverman
**Sent:** Thursday, October 20, 2016 6:17 PM
**To:** Tommy Knepper - Political
**Subject:** Re: Consent Decree
Already read. Only question, when convincing volunteers who want to poll watch that we would prefer them come make calls in the office (that's the preference right?) I am okay to explain why striking is ineffective? I'm not advocating for poll watchers but against so it that's okay right?
--
Spencer Silverman
Northeast PA Field Director
Donald J. Trump for President
C| 862-223-8274

---

**From:** Tommy Knepper - Political <TKnepper@gop.com>
**Date:** Thursday, October 20, 2016 at 6:14 PM
**To:** Spencer Silverman <ssilverman@donaldtrump.com>
**Subject:** Re: Consent Decree

Just 100% make sure you read the consent decree memo you signed. You cannot at all be involved in EDO conversations.

Tommy Knepper
PA State Director
Republican National Committee
(619) 933-6081
TKnepper@gop.com

---

**From:** Spencer Silverman <ssilverman@donaldtrump.com>
**Sent:** Thursday, October 20, 2016 5:45 PM
**To:** Tommy Knepper - Political
**Subject:** Re: Consent Decree
Hi Tommy,

I got stuck on the phone with a chair and lost track of time. Sorry! Anything major I missed?

1

Confidential - Subject to Protective Order

RNC0000000090

Again my apologies,
Spencer
--
Spencer Silverman
Northeast PA Field Director
Donald J. Trump for President
C| 862-223-8274

---

**From:** Tommy Knepper - Political <TKnepper@gop.com>
**Date:** Thursday, October 20, 2016 at 4:23 PM
**To:** Katherine Horne | **Redacted - Privacy** | Steve Hadid

# Redacted - Privacy

Redacted - Privacy                                    Spencer Silverman
<ssilverman@donaldtrump.com>
**Cc:** Ryan Stevens <Rstevens@pagop.org>, Amanda Boris <aboris@pagop.org>, Aaron Wilson <awilson@pagop.org>, Tim Lagerman <Tlagerman@pagop.org>, "jhorstman@pagop.org" <jhorstman@pagop.org>, Brandon Vidrine
Redacted - Privacy
**Subject:** Re: Consent Decree

We will be having a call in regards to the consent decree at 530pm today. Be on it. It will be quick.

Daily Field Call - 1 (877) 860-3058 x577538

Tommy Knepper
PA State Director
Republican National Committee
(619) 933-6081
TKnepper@gop.com

---

**From:** Tommy Knepper - Political
**Sent:** Tuesday, October 18, 2016 6:14 PM
**To:** Katherine Horne; | **Redacted - Privacy** |
Redacted - Privacy
ssilverman@donaldtrump.com
**Subject:** Consent Decree
Team - since you are all on RNC payroll. You cannot participate in EDO activities. Please read over, sign and send back to me the attached consent decree by Thursday COB.

Thank you,

Tommy Knepper
PA State Director
Republican National Committee
(619) 933-6081
TKnepper@gop.com

2

Confidential - Subject to Protective Order                                    RNC0000000091

| | |
|---|---|
| **From:** | Spencer Silverman [ssilverman@donaldtrump.com] |
| **Sent:** | Thursday, October 20, 2016 6:23 PM |
| **To:** | Tommy Knepper - Political |
| **Subject:** | Re: Consent Decree |

Okay, thanks. Yeah that was odd to me, I never considered it EDO until I read the decree. Thanks!
--
Spencer Silverman
Northeast PA Field Director
Donald J. Trump for President
C| 862-223-8274

**From:** Tommy Knepper - Political <TKnepper@gop.com>
**Date:** Thursday, October 20, 2016 at 6:18 PM
**To:** Spencer Silverman <ssilverman@donaldtrump.com>
**Subject:** Re: Consent Decree

EDO isn't poll watching, this would be watching polls to cut down on voter fraud. We cannot be involved in that.

So to answer your question, yes

Tommy Knepper
PA State Director
Republican National Committee
(619) 933-6081
TKnepper@gop.com

**From:** Spencer Silverman <ssilverman@donaldtrump.com>
**Sent:** Thursday, October 20, 2016 6:17 PM
**To:** Tommy Knepper - Political
**Subject:** Re: Consent Decree
Already read. Only question, when convincing volunteers who want to poll watch that we would prefer them come make calls in the office (that's the preference right?) I am okay to explain why striking is ineffective? I'm not advocating for poll watchers but against so it that's okay right?
--
Spencer Silverman
Northeast PA Field Director
Donald J. Trump for President
C| 862-223-8274

**From:** Tommy Knepper - Political <TKnepper@gop.com>
**Date:** Thursday, October 20, 2016 at 6:14 PM
**To:** Spencer Silverman <ssilverman@donaldtrump.com>
**Subject:** Re: Consent Decree

1

Confidential - Subject to Protective Order

RNC0000000096

Just 100% make sure you read the consent decree memo you signed. You cannot at all be involved in EDO conversations.

Tommy Knepper
PA State Director
Republican National Committee
(619) 933-6081
TKnepper@gop.com

---

**From:** Spencer Silverman <ssilverman@donaldtrump.com>
**Sent:** Thursday, October 20, 2016 5:45 PM
**To:** Tommy Knepper - Political
**Subject:** Re: Consent Decree
Hi Tommy,

I got stuck on the phone with a chair and lost track of time. Sorry! Anything major I missed?

Again my apologies,
Spencer
--
Spencer Silverman
Northeast PA Field Director
Donald J. Trump for President
C| 862-223-8274

---

**From:** Tommy Knepper - Political <TKnepper@gop.com>
**Date:** Thursday, October 20, 2016 at 4:23 PM
**To:** Katherine Horne [Redacted - Privacy] Steve Hadid

# Redacted - Privacy

[Redacted - Privacy] "rbreslin.pagop@gmail.com"
[Redacted - Privacy] Spencer Silverman
<ssilverman@donaldtrump.com>
**Cc:** Ryan Stevens <Rstevens@pagop.org>, Amanda Boris <aboris@pagop.org>, Aaron Wilson <awilson@pagop.org>, Tim Lagerman <Tlagerman@pagop.org>, "jhorstman@pagop.org" <jhorstman@pagop.org>, Brandon Vidrine [Redacted - Privacy]
**Subject:** Re: Consent Decree

We will be having a call in regards to the consent decree at 530pm today. Be on it. It will be quick.

Daily Field Call - 1 (877) 860-3058 x577538

Tommy Knepper
PA State Director
Republican National Committee
(619) 933-6081
TKnepper@gop.com

---

**From:** Tommy Knepper - Political
**Sent:** Tuesday, October 18, 2016 6:14 PM

2

Confidential - Subject to Protective Order                                      RNC0000000097

**To:** Katherine Horne;  
Redacted - Privacy  
Redacted - Privacy  
ssilverman@donaldtrump.com  
**Subject:** Consent Decree

Team - since you are all on RNC payroll. You cannot participate in EDO activities. Please read over, sign and send back to me the attached consent decree by Thursday COB.

Thank you,

Tommy Knepper  
PA State Director  
Republican National Committee  
(619) 933-6081  
TKnepper@gop.com

3

Confidential - Subject to Protective Order                                         RNC0000000098

| | |
|---|---|
| **From:** | Tommy Knepper - Political |
| **Sent:** | Thursday, October 06, 2016 4:06 PM |
| **To:** | Ryan Stevens; Cody Harbaugh |
| **Subject:** | Re: Request for clarification |

I believe this is in relation to EDO and would need to be handled by Cody. I cannot be involved.

Tommy Knepper
PA State Director
Republican National Committee
(619) 933-6081
TKnepper@gop.com

**From:** Ryan Stevens
**Sent:** Thursday, October 6, 2016 3:59 PM
**To:** Tommy Knepper - Political; Cody Harbaugh
**Subject:** FW: Request for clarification

Long story short the Luzerne County GOP's 1st District in Hazleton was about to put an ad in the paper asking for poll watchers and were going to put my FO Jon Stack's contact info in it and said he would conduct the poll watchers training (and they were going to do this without our approval). I asked Ron Ferrance to talk to them and explain that Jon nor myself are qualified to discuss poll watching and therefore none of our contact info should be included in any ads for poll watcher trainings.

I then received the below email from one of the committee members and wanted to pass along in case you guys at HQ hear anything. I don't plan on responding, unless you can think of something to say. I just didn't want to put anything in writing without consulting the two of you first.

As a side note, I doubt these folks will do any type of actual volunteer work anyways.

Thanks,

Ryan

**From:** MOLLY BLASKO  [ **Redacted - Privacy** ]
**Sent:** Thursday, October 06, 2016 1:27 PM
**To:** Ryan Stevens
**Cc:** [ **Redacted - Privacy** ] Jon Stack; [ **Redacted - Privacy** ]
[ **Redacted - Privacy** ]
**Subject:** Request for clarification

Ryan

I may be dense; but, if the 1st District of the Luzerne County Republicans are willing to pay fo an ad enlisting poll watchers

for DONALD J TRUMP. Why can't the HAZLETON TRUMP CAMPAIGN HEADQUARTERS be the contact for people willing to

volunteer. Please, enlighten me.

Molly Blasko

1

Confidential - Subject to Protective Order                                                        RNC0000009976