# SCHEDULE B (FEC Form 3X)
# ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 173 OF 307 |
|---|---|---|

FOR LINE NUMBER: (check only one)

| 21b | 22 | 23 | 26 | 27 |
| 28a | 28b | 28c | 29 | ✗ 30b |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Nevada State Democratic Party

---

**A.** Full Name (Last, First, Middle Initial)
Hayes, Kevin, , ,

Mailing Address 501 S. Desert Lane #21

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89106 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement
M M 08 / D D 19 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03353**

Amount of Each Disbursement this Period
53.74

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Holland, Kishana, , ,

Mailing Address 6650 Warm Springs Rd. #1053

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89118 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement
M M 08 / D D 19 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03356**

Amount of Each Disbursement this Period
277.05

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Hooks, Carroll, , ,

Mailing Address 819 Hollandsworth Ave

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89123 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement
M M 08 / D D 19 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03357**

Amount of Each Disbursement this Period
277.05

☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional).................................................► 607.84

**TOTAL** This Period (last page this line number only).................................................►

FEC **Schedule B (Form 3X)** Rev. 05/2016

# SCHEDULE B  (FEC Form 3X)
# ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

**FOR LINE NUMBER:** (check only one)

| 21b | 22 | 23 | 26 | 27 |
|-----|----|----|----|----|
| 28a | 28b | 28c | 29 | ✗ 30b |

PAGE 189 OF 307

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Nevada State Democratic Party

---

**A.** Full Name (Last, First, Middle Initial)
Hernandez, Erbin, , ,

Mailing Address  2479 Savers Ct.

City: Las Vegas  State: NV  Zip Code: 89115

Purpose of Disbursement: Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State:  District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement: 08 / 26 / 2016

FEC Identification Number: C

**Transaction ID : 30b-22-03393**

Amount of Each Disbursement this Period: 55.41

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Holland, Kishana, , ,

Mailing Address  6650 Warm Springs Rd. #1053

City: Las Vegas  State: NV  Zip Code: 89118

Purpose of Disbursement: Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State:  District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement: 08 / 26 / 2016

FEC Identification Number: C

**Transaction ID : 30b-22-03394**

Amount of Each Disbursement this Period: 152.38

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Hooks, Carroll, , ,

Mailing Address  819 Hollandsworth Ave

City: Las Vegas  State: NV  Zip Code: 89123

Purpose of Disbursement: Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State:  District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement: 08 / 26 / 2016

FEC Identification Number: C

**Transaction ID : 30b-22-03395**

Amount of Each Disbursement this Period: 221.64

☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional)..................................................▶  429.43

**TOTAL** This Period (last page this line number only).................................................▶

FEC **Schedule B (Form 3X)** Rev. 05/2016

# SCHEDULE B  (FEC Form 3X)
# ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page |
|---|

**FOR LINE NUMBER:** (check only one)

| 21b | 22 | 23 | 26 | 27 |
|---|---|---|---|---|
| 28a | 28b | 28c | 29 | ✗ 30b |

PAGE 315 OF 777

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Nevada State Democratic Party

---

**A.** Full Name (Last, First, Middle Initial)
Heck, Kevin, , ,

Mailing Address  50 South Magic Way #35

| City | State | Zip Code |
|---|---|---|
| Henderson | NV | 89002 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought:  ☐ House  ☐ Senate  ☐ President
State:     District:

Disbursement For:  ☐ Primary  ☐ General  ☐ Other (specify) ▼

Date of Disbursement
M M 09 / D D 02 / Y Y Y Y 2016

FEC Identification Number
C
**Transaction ID : 30b-22-03443**

Amount of Each Disbursement this Period
100.43

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Holland, Kishana, , ,

Mailing Address  6650 Warm Springs Rd. #1053

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89118 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought:  ☐ House  ☐ Senate  ☐ President
State:     District:

Disbursement For:  ☐ Primary  ☐ General  ☐ Other (specify)

Date of Disbursement
M M 09 / D D 02 / Y Y Y Y 2016

FEC Identification Number
C
**Transaction ID : 30b-22-03445**

Amount of Each Disbursement this Period
55.41

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Hooks, Carroll, , ,

Mailing Address  819 Hollandsworth Ave

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89123 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought:  ☐ House  ☐ Senate  ☐ President
State:     District:

Disbursement For:  ☐ Primary  ☐ General  ☐ Other (specify) ▼

Date of Disbursement
M M 09 / D D 02 / Y Y Y Y 2016

FEC Identification Number
C
**Transaction ID : 30b-22-03446**

Amount of Each Disbursement this Period
166.23

☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional)...................................► 322.07

**TOTAL** This Period (last page this line number only)..........................►

FEC **Schedule B (Form 3X)** Rev. 05/2016

## SCHEDULE B  (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| 21b | 22 | 23 | 26 | 27 |
|---|---|---|---|---|
| 28a | 28b | 28c | 29 | ✗ 30b |

PAGE 338 OF 777

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Nevada State Democratic Party

---

**A.** Full Name (Last, First, Middle Initial)
Hickman, Tony, , ,

Mailing Address  7825 Quill Gordon Ave

City  Las Vegas    State  NV    Zip Code  89149

Purpose of Disbursement  Salary

Candidate Name

Category/Type

Office Sought:  ☐ House  ☐ Senate  ☐ President
State:    District:

Disbursement For:  ☐ Primary  ☐ General  ☐ Other (specify) ▼

Date of Disbursement
M M 09 / D D 09 / Y Y Y Y 2016

FEC Identification Number
C

Transaction ID : 30b-22-03506

Amount of Each Disbursement this Period
103.15

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Holland, Kishana, , ,

Mailing Address  6650 Warm Springs Rd. #1053

City  Las Vegas    State  NV    Zip Code  89118

Purpose of Disbursement  Salary

Candidate Name

Category/Type

Office Sought:  ☐ House  ☐ Senate  ☐ President
State:    District:

Disbursement For:  ☐ Primary  ☐ General  ☐ Other (specify)

Date of Disbursement
M M 09 / D D 09 / Y Y Y Y 2016

FEC Identification Number
C

Transaction ID : 30b-22-03507

Amount of Each Disbursement this Period
51.94

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Hooks, Carroll, , ,

Mailing Address  819 Hollandsworth Ave

City  Las Vegas    State  NV    Zip Code  89123

Purpose of Disbursement  Salary

Candidate Name

Category/Type

Office Sought:  ☐ House  ☐ Senate  ☐ President
State:    District:

Disbursement For:  ☐ Primary  ☐ General  ☐ Other (specify) ▼

Date of Disbursement
M M 09 / D D 09 / Y Y Y Y 2016

FEC Identification Number
C

Transaction ID : 30b-22-03508

Amount of Each Disbursement this Period
332.46

☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional)..............................▶    487.55

**TOTAL** This Period (last page this line number only).....................▶

FEC **Schedule B (Form 3X)** Rev. 05/2016

# SCHEDULE B  (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| | | | | |
|---|---|---|---|---|
| ☐ 21b | ☐ 22 | ☐ 23 | ☐ 26 | ☐ 27 |
| ☐ 28a | ☐ 28b | ☐ 28c | ☐ 29 | ☒ 30b |

PAGE 505 OF 777

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Nevada State Democratic Party

---

**A.** Full Name (Last, First, Middle Initial)

Hickman, Tony, , ,

Mailing Address  7825 Quill Gordon Ave

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89149 |

Purpose of Disbursement
Salary

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President

State: _____ District: _____

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Category/Type

Date of Disbursement
M M / D D / Y Y Y Y
09 / 23 / 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03656**

Amount of Each Disbursement this Period
103.15

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)

Holland, Kishana, , ,

Mailing Address  6650 Warm Springs Rd. #1053

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89118 |

Purpose of Disbursement
Salary

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President

State: _____ District: _____

Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Category/Type

Date of Disbursement
M M / D D / Y Y Y Y
09 / 23 / 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03657**

Amount of Each Disbursement this Period
55.41

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)

Hooks, Carroll, , ,

Mailing Address  819 Hollandsworth Ave

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89123 |

Purpose of Disbursement
Salary

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President

State: _____ District: _____

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Category/Type

Date of Disbursement
M M / D D / Y Y Y Y
09 / 23 / 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03658**

Amount of Each Disbursement this Period
332.46

☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional).......................... ▶  491.02

**TOTAL** This Period (last page this line number only)...................... ▶

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| | | | | |
|---|---|---|---|---|
| ☐ 21b | ☐ 22 | ☐ 23 | ☐ 26 | ☐ 27 |
| ☐ 28a | ☐ 28b | ☐ 28c | ☐ 29 | ☒ 30b |

PAGE 76 OF 183

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**Nevada Republican Central Committee**

---

**A.** Full Name (Last, First, Middle Initial)
Taylor-Pigg, Mackenzie, , ,

Mailing Address 2966 Blue Grouse Ct

City Reno | State NV | Zip Code 89509-7064

Purpose of Disbursement Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement
09 / 30 / 2016

FEC Identification Number
C
**Transaction ID : BBEB79D9E5**

Amount of Each Disbursement this Period
1025.58

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Bossolono, Susana, , ,

Mailing Address 1812 Franklin Ave

City Las Vegas | State NV | Zip Code 89104-1916

Purpose of Disbursement Turf Coordinator

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement
09 / 15 / 2016

FEC Identification Number
C
**Transaction ID : B1CDF271750**

Amount of Each Disbursement this Period
499.95

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Holland, Leslie, , ,

Mailing Address 6650 W Warm Springs Rd Unit 1053

City Las Vegas | State NV | Zip Code 89118-4605

Purpose of Disbursement Turf Coordinator

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement
09 / 30 / 2016

FEC Identification Number
C
**Transaction ID : B9CB65AC2**

Amount of Each Disbursement this Period
499.95

☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional)............................................► 2025.48

**TOTAL** This Period (last page this line number only)...............................► 

FEC **Schedule B (Form 3X)** Rev. 05/2016

**SCHEDULE B  (FEC Form 3X)**
**ITEMIZED DISBURSEMENTS**

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| | |
|---|---|
| ☐ 21b | ☐ 22   ☐ 23   ☐ 26   ☐ 27 |
| ☐ 28a | ☐ 28b  ☐ 28c  ☐ 29   ☒ 30b |

PAGE 204 OF 416

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Nevada State Democratic Party

---

**A.** Full Name (Last, First, Middle Initial)
Hickman, Tony, , ,

Mailing Address 7825 Quill Gordon Ave

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89149 |

Purpose of Disbursement: Salary

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State: _____ District: _____

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Category/Type

Date of Disbursement
M M 10 / D D 07 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03839**
Amount of Each Disbursement this Period
201.05

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Holland, Kishana, , ,

Mailing Address  6650 Warm Springs Rd. #1053

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89118 |

Purpose of Disbursement: Salary

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State: _____ District: _____

Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Category/Type

Date of Disbursement
M M 10 / D D 07 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03840**
Amount of Each Disbursement this Period
110.82

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Hooks, Carroll, , ,

Mailing Address  819 Hollandsworth Ave

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89123 |

Purpose of Disbursement: Salary

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State: _____ District: _____

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Category/Type

Date of Disbursement
M M 10 / D D 07 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03841**
Amount of Each Disbursement this Period
166.23

☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional)................................................. ▶  478.10

**TOTAL** This Period (last page this line number only)......................................... ▶

FEC **Schedule B (Form 3X)** Rev. 05/2016

## SCHEDULE B  (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 21b | ☐ 22 | ☐ 23 | ☐ 26 | ☐ 27 | | |
| ☐ 28a | ☐ 28b | ☐ 28c | ☐ 29 | ☒ 30b | | |

PAGE 204 OF 416

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Nevada State Democratic Party

**A.** Full Name (Last, First, Middle Initial)
Hickman, Tony, , ,

Mailing Address  7825 Quill Gordon Ave

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89149 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State:          District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement
M M 10 / D D 07 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03839**

Amount of Each Disbursement this Period
201.05

☐ Memo Item

**B.** Full Name (Last, First, Middle Initial)
Holland, Kishana, , ,

Mailing Address  6650 Warm Springs Rd. #1053

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89118 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State:          District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement
M M 10 / D D 07 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03840**

Amount of Each Disbursement this Period
110.82

☐ Memo Item

**C.** Full Name (Last, First, Middle Initial)
Hooks, Carroll, , ,

Mailing Address  819 Hollandsworth Ave

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89123 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State:          District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement
M M 10 / D D 07 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03841**

Amount of Each Disbursement this Period
166.23

☐ Memo Item

**SUBTOTAL** of Disbursements This Page (optional)..........▶   478.10

**TOTAL** This Period (last page this line number only)..........▶

FEC **Schedule B (Form 3X)** Rev. 05/2016

## SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| 21b | 22 | 23 | 26 | 27 |
|-----|----|----|----|----|
| 28a | 28b | 28c | 29 | ✗ 30b |

PAGE 307 OF 416

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Nevada State Democratic Party

---

**A.** Full Name (Last, First, Middle Initial)
**Hickman, Tony, , ,**

Mailing Address 7825 Quill Gordon Ave

| City | State | Zip Code |
|------|-------|----------|
| Las Vegas | NV | 89149 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
10 / 15 / 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03910**

Amount of Each Disbursement this Period
183.44

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
**Holland, Kishana, , ,**

Mailing Address 6650 Warm Springs Rd. #1053

| City | State | Zip Code |
|------|-------|----------|
| Las Vegas | NV | 89118 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
10 / 15 / 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03911**

Amount of Each Disbursement this Period
242.41

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
**Hooks, Carroll, , ,**

Mailing Address 819 Hollandsworth Ave

| City | State | Zip Code |
|------|-------|----------|
| Las Vegas | NV | 89123 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
10 / 15 / 2016

FEC Identification Number
C

**Transaction ID : 30b-22-03912**

Amount of Each Disbursement this Period
304.75

☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional).................................................► 730.60

**TOTAL** This Period (last page this line number only).................................................►

FEC **Schedule B (Form 3X)** Rev. 05/2016

**SCHEDULE B (FEC Form 3X)**
**ITEMIZED DISBURSEMENTS**

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER:
(check only one)

| | | |
|---|---|---|
| ☐ 21b | ☐ 22 | ☐ 23 | ☐ 26 | ☐ 27 |
| ☐ 28a | ☐ 28b | ☐ 28c | ☐ 29 | ☒ 30b |

PAGE 1037 OF 1736

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Nevada State Democratic Party

---

**A.** Full Name (Last, First, Middle Initial)
Heck, Kevin, , ,

Mailing Address 50 South Magic Way #35

| City | State | Zip Code |
|---|---|---|
| Henderson | NV | 89002 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement
M M 10 / D D 21 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-04024**

Amount of Each Disbursement this Period
166.23

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Hickman, Tony, , ,

Mailing Address 7825 Quill Gordon Ave

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89149 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement
M M 10 / D D 21 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-04025**

Amount of Each Disbursement this Period
152.56

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Holland, Kishana, , ,

Mailing Address 6650 Warm Springs Rd. #1053

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89118 |

Purpose of Disbursement
Salary

Candidate Name

Category/Type

Office Sought: ☐ House ☐ Senate ☐ President
State: District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify) ▼

Date of Disbursement
M M 10 / D D 21 / Y Y Y Y 2016

FEC Identification Number
C

**Transaction ID : 30b-22-04026**

Amount of Each Disbursement this Period
110.84

☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional)...................................▶
429.63

**TOTAL** This Period (last page this line number only)...................................▶

**SCHEDULE B (FEC Form 3X)**
**ITEMIZED DISBURSEMENTS**

Use separate schedule(s) for each category of the Detailed Summary Page

**FOR LINE NUMBER:** (check only one)

| 21b | 22 | 23 | 26 | 27 |
|---|---|---|---|---|
| 28a | 28b | 28c | 29 | ✗ 30b |

PAGE 125 OF 341

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

**Nevada Republican Central Committee**

---

Full Name (Last, First, Middle Initial)

**A. Holland, Leslie, , ,**

Mailing Address 6650 W Warm Springs Rd
Unit 1053

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89118-4605 |

Purpose of Disbursement
Turf Coordinator

Candidate Name

Category/Type

Office Sought:
House
Senate
President
State:
District:

Disbursement For:
Primary
General
Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
10 / 31 / 2016

FEC Identification Number
C

**Transaction ID : B9768633D91**

Amount of Each Disbursement this Period
266.64

Memo Item

---

Full Name (Last, First, Middle Initial)

**B. Sharp, Dallin, , ,**

Mailing Address 2594 E Grand Canyon Dr

| City | State | Zip Code |
|---|---|---|
| Chandler | AZ | 85249-2954 |

Purpose of Disbursement
Walk Program

Candidate Name

Category/Type

Office Sought:
House
Senate
President
State:
District:

Disbursement For:
Primary
General
Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
11 / 07 / 2016

FEC Identification Number
C

**Transaction ID : B9D8E238439**

Amount of Each Disbursement this Period
900.00

Memo Item

---

Full Name (Last, First, Middle Initial)

**C. Mills, Cheryl, , ,**

Mailing Address 421 Mulberry Glen Dr

| City | State | Zip Code |
|---|---|---|
| North Las Vegas | NV | 89031-7952 |

Purpose of Disbursement
Turf Coordinator

Candidate Name

Category/Type

Office Sought:
House
Senate
President
State:
District:

Disbursement For:
Primary
General
Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
11 / 15 / 2016

FEC Identification Number
C

**Transaction ID : B8E9E557373**

Amount of Each Disbursement this Period
266.64

Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional)............................................................ ▶    1433.28

**TOTAL** This Period (last page this line number only)............................................................ ▶

FEC **Schedule B (Form 3X)** Rev. 05/2016