# EXHIBIT A

| | |
|---|---|
| **From:** | John Phillippe - Legal |
| **Sent:** | Wednesday, November 02, 2016 6:29 PM |
| **To:** | Don McGahn |
| **Subject:** | FW: Election Day Documents |
| **Attachments:** | C2 Template.docx; 801 PLAN FOR ACME draft 10192016.docx; 801 Appendix TEMPLATE (3).xlsx |

# Redacted – Privilege

**From:** Grant Gardner - Legal
**Sent:** Wednesday, November 02, 2016 6:25 PM
**To:** John Phillippe - Legal
**Subject:** FW: Election Day Documents

# Redacted – Privilege

**From:** Christie-Lee McNally [mailto:clmcnally@donaldtrump.com]
**Sent:** Wednesday, November 02, 2016 6:20 PM
**To:** Grant Gardner - Legal <GGardner@gop.com>
**Subject:** Fw: Election Day Documents


I just want to be sure that I can do the 801 Plan for ACME.

Thanks
Christie-Lee
Maine State Director, Trump Campaign
207-620-6451


**From:** Stuart McCommas
**Sent:** Friday, October 28, 2016 2:59 PM
**To:** Christie-Lee McNally
**Subject:** Election Day Documents

Hi Christie-Lee,

I wanted to reach out and introduce myself because I am working with Mike Roman and Don McGahn on the legal team for the campaign. We are currently compiling documents for election day for each of the battleground states, and we wanted to reach out to see if you have a few lawyers in Maine who might be willing to help fill out the documents for Maine.

1

I am happy to discuss the documents more in-depth whenever you are free today or tomorrow. The documents will take some work to fill out and we were hoping to have them completed by the middle of next week.

If you are able to help, I have attached the following documents to this e-mail:

1) Command and Control (C2) Document Template
2) Post-Election Plan (801) Document Template (This is a narrative format and should be changed based on your state's post-election process)
3) 801 Appendices

I am happy to discuss all of this with you whenever you are free. My cell is [Redacted – Privacy]

Please let me know if you have any questions or would like to discuss the documents.

Thank you,

Stuart McCommas

Confidential - Subject to Protective Order

RNC0000010725