# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

Bobby R. Burchfield
Direct Dial +1 202 626 5524
Direct Fax: +1 202 626 3737
bburchfield@kslaw.com

September 25, 2017

Honorable John Michael Vazquez
United States District Court for the District of New Jersey
U.S. Courthouse and Post Office Building
50 Walnut Street, Courtroom PO 03
Newark, New Jersey 07101

Re: *Democratic National Committee, et al. v. Republican National Committee, et al.,*
Civil Action No.: 81-3876 (JMV) (JBC)

Dear Judge Vazquez:

In preparation for the parties' telephonic status conference with the Court at 10:30 a.m. on September 29, 2017 (*see* ECF 175 & 178), Defendants provide the following conference call information: dial-in number: 877-211-3621; passcode: 882-633-0383#.

Respectfully submitted,

/s/ Bobby R. Burchfield
Bobby R. Burchfield

cc: DNC Counsel (by ECF)