

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
**Tel:** 973.533.0777  **Fax:** 973.533.1112
**Web:** www.genovaburns.com

December 21, 2017

**VIA ECF FILING**
Honorable John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:    Democratic National Committee, *et al.*, v. Republican National Committee, *et al.*, **Docket No.: 81-3876**

Dear Judge Vazquez:

The DNC and RNC have agreed to the attached Stipulation and Consent Order to Unseal DNC Documents and Exhibits Filed on December 14, 2017. If this proposed order is satisfactory to Your Honor, we respectfully request that it be entered on the docket and the relevant documents be unsealed.

    Respectfully submitted,

**GENOVA BURNS LLC**

/s/ *Angelo J. Genova*
ANGELO J. GENOVA
*Counsel for Plaintiff DNC*

AJG:RMA
Encl.

cc:    Rajiv D. Parikh, Esq. (via electronic mail)
       Marc E. Elias, Esq. (via electronic mail)
       Bruce V. Spiva, Esq. (via electronic mail)
       Joshua L. Kaul, Esq. (via electronic mail)
       Mark D. Sheridan, Esq. (via electronic mail)
       Mark Errico, Esq. (via electronic mail)
       Bobby R. Burchfield, Esq. (via electronic mail)
       Matthew M. Leland, Esq. (via electronic mail)
       Barrett R. H. Young, Esq. (via electronic mail)

14200627v1 (1856.006)