UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*<br><br>Defendants. | Civil Action No.: 81-3876 (JMV) (JBC)<br><br>**STIPULATION AND CONSENT ORDER TO UNSEAL DNC DOCUMENTS AND EXHIBITS FILED ON DECEMBER 14, 2017 (ECF DOC. NO. 206)** |

The parties, Democratic National Committee ("DNC") and Republican National Committee ("RNC") hereby stipulate and agree to the following:

1. Upon order of this Court to the Clerk of the Court, all documents and exhibits filed by the DNC on December 14, 2017 in ECF Doc. No. 206, which were submitted under seal shall be unsealed and made public.

The parties, through their undersigned counsel, hereby consent to entry of the form of this proposed Stipulation and Consent Order.

Dated: December 21, 2017

**Genova Burns LLC**
494 Broad Street
Newark, NJ 07102

By:   /s/ Angelo J. Genova
        Angelo J. Genova
        *Attorneys for Democratic*
        *National Committee*

**King & Spalding LLP**
1700 Pennsylvania Ave, NW, Suite 200
Washington, D.C. 20006

By:   /s/ Bobby R. Burchfield
        Bobby R. Burchfield
        *Attorneys for Republican*
        *National Committee*

**IT IS SO ORDERED.**

Dated: December 26, 2017

_____
Hon. John Michael Vazquez, U.S.D.J.

14198340v1 (1856.006)