# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> *Defendants*. | Civil Action No. 81-3876 <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

This matter arises from the Democratic National Committee's ("DNC") request for additional discovery (D.E. 206), which the Republican National Committee ("RNC") opposed (D.E. 207, 208); and the Court having considered all submissions from the parties, as well as the oral argument of both parties during a January 8, 2018 telephone conference; and for the reasons stated on the record; and for good cause shown,

IT IS on the 8th day of January 2018,

**ORDERED** that the DNC's request for additional discovery (D.E. 206) is **DENIED**.

_____
John Michael Vazquez, U.S.D.J.