UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DEMOCRATIC NATIONAL COMMITTEE, et al.,

      *Plaintiffs*,

v.

REPUBLICAN NATIONAL COMMITTEE, et al.,

      *Defendants*.

Civil Action No. 81-3876

**ORDER**

**John Michael Vazquez, U.S.D.J.**

    This matter arises from the Republican National Committee's ("RNC") request for termination of the 1982 consent decree (the "Consent Decree" or "Decree") between the RNC and the Democratic National Committee ("DNC"); including the Consent Decree as modified, *see Democratic Nat. Comm. v. Republican Nat. Comm.*, 671 F. Supp. 2d 575, 622 (D.N.J. 2009) (modifying the Consent Decree and setting an expiration date of December 1, 2017 unless the DNC proved in the interim a violation of the decree), *aff'd*, 673 F.3d 192 (3d Cir. 2012); and the Court having considered all submissions from the parties, as well as the oral argument of both parties during a January 8, 2018 telephone conference; and because the DNC did not prove, by a preponderance of the evidence, a violation of the Consent Decree before December 1, 2017; and for the reasons stated on the record; and for good cause shown,

    IT IS on this 8th day of January 2018,

**ORDERED** that the Consent Decree is terminated as of December 1, 2017; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

_____
John Michael Vazquez, U.S.D.J.