**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                          **DATE:** January 8, 2018
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Ralph Florio

**TITLE OF CASE:**

                                                                    **DOCKET # 81-3876**

Democratic National Committee
              vs.
Republican National Committee

**APPEARANCES:**

Angelo Genova, Esq. for Plaintiff
Josh Kaul, Esq. for Plaintiff
Pajiv Parikh, Esq. for Plaintiff
Bobby Burchfield, Esq. for Defendant
Shawn Neafsey, Esq. for Defendant
Barret Young, Esq. for Defendant

**Nature of Proceedings**:

Status phone conference held.

**Time Commenced:** 3:00
**Time Adjourned:** 3:30
**Total Time:** 30 min.

                                                            RoseMarie Olivieri
                                                      SENIOR COURTROOM DEPUTY