# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.* <br><br> Defendants. | Civil Action No. 81-3876 <br><br> Judge John Michael Vazquez |

## **NOTICE OF APPEAL**

Notice is hereby given that the Democratic National Committee ("DNC") appeals to the United States Court of Appeals for the Third Circuit from the Order entered in this matter on October 31, 2016 (Dkt. No. 113); the Order entered in this matter on November 2, 2016 (Dkt. No. 118); the Opinion and the Order entered in this matter on November 5, 2016 (Dkt. Nos. 138-39); the Order entered in this matter on January 4, 2017 (Dkt. No. 146); the Order entered in this matter on July 7, 2017 (Dkt. No. 167); the Order entered in this matter on September 29, 2017 (Dkt. No. 182); the Order entered in this matter on November 29, 2017, denying the DNC's request for an evidentiary hearing (Dkt. No. 197); the Order entered in this matter on January 8, 2018, denying additional discovery (Dkt. No. 212); and the Order entered in this matter on January 8, 2018, terminating the Consent Decree and closing this matter (Dkt. No. 213).

| | |
|---|---|
| DATED:  January 31, 2018 | Respectfully submitted, |

By:  /s/ Angelo J. Genova

**GENOVA BURNS LLC**
Angelo J. Genova
Rajiv D. Parikh
494 Broad Street
Newark, NJ 07102
Telephone: 973.553.0777
Facsimile: 973.533.1112

**PERKINS COIE LLP**
Marc E. Elias
Bruce V. Spiva
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Joshua L. Kaul
1 East Main Street, Suite 201
Madison, WI 53703-5118
Telephone: 608.294-4007
Facsimile: 608.663.7499

*Attorneys for Plaintiff Democratic National Committee*

14235192v1 (1856.007)