UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*<br><br>Defendants. | Civil Action No.: 81-3876 (JMV) (JBC) |

## NOTICE OF REPUBLICAN NATIONAL COMMITTEE'S UNOPPOSED MOTION TO SEAL

**PLEASE TAKE NOTICE** of Defendant Republican National Committee's motion requesting the entry of an Order, pursuant to Local Civil Rule 5.3(c), to seal an exhibit to Plaintiff Democratic National Committee's September 13, 2017 discovery motion (Dkt. No. 176, Ex. 5).

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, the RNC relies on the brief submitted with this Notice of Motion, the Declaration of Mark Sheridan, the Declaration of RNC Chief Counsel John R. Phillippe Jr., and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting this motion is attached.

| | |
|---|---|
| September 6, 2018 | /s/ Mark D. Sheridan |

                Bobby R. Burchfield
                Matthew M. Leland
                KING & SPALDING LLP
                1700 Pennsylvania Avenue, N.W.
                Suite 200
                Washington, D.C. 20006
                Telephone: (202) 626-5524
                Email: bburchfield@kslaw.com

                Mark D. Sheridan
                SQUIRE PATTON BOGGS (US) LLP
                The Legal Center
                One Riverfront Plaza
                1037 Raymond Boulevard
                Newark, New Jersey  07102
                Telephone: (973) 848-5681
                Email: mark.sheridan@squirepb.com

                *Attorneys for Defendant Republican National Committee*

## CERTIFICATE OF SERVICE

 I hereby certify that I caused the RNC's Notice of Motion to Seal, Motion to Seal, Declaration of Mark Sheridan with Exhibit A and B (Declaration of John R. Philippe), and a Proposed Order to be filed through the ECF system and notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  Paper copies will be sent by United States Mail to those indicated as non-registered participants, on September 6, 2018.

/s/ Mark D. Sheridan
Mark D. Sheridan