### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.* <br><br> Defendants. | Civil Action No.: 81-3876 (JMV) (JBC) |

### DECLARATION OF MARK SHERIDAN IN SUPPORT OF REPUBLICAN NATIONAL COMMITTEE'S UNOPPOSED MOTION TO SEAL

I, MARK D. SHERIDAN, declare as follows:

1. I am an attorney in the State of New Jersey, a member in good standing of the Bar of this Court, and a Partner in the law firm of Squire Patton Boggs (US) LLP, attorneys for the Republican National Committee. I have personal knowledge of the facts recited herein and respectfully submit this Declaration in Support of the Republican National Committee's Unopposed Motion to Seal.

2. Attached as Exhibit A is a true and correct copy of an Order from the United States Court of Appeals for the Third Circuit, dated July 6, 2018 in the matter of *Democratic National Committee*, *et al.* v. *Republican National Committee*, *et al.*, Docket No. 18-1215.

3. Attached as Exhibit B is a true and correct copy of the Declaration of John R. Philippe Jr., dated September 6, 2018.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of September 2018 in Newark, New Jersey

/s Mark Sheridan
Mark D. Sheridan