UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1215
_____

DEMOCRATIC NATIONAL COMMITTEE;
NEW JERSEY DEMOCRATIC STATE COMMITTEE;
VIRGINIA L. FEGGINS;
LYNETTE MONROE

v.

REPUBLICAN NATIONAL COMMITTEE;
NEW JERSEY REPUBLICAN STATE COMMITTEE;
ALEX HURTADO;
RONALD C. KAUFMAN;
JOHN KELLY

Democratic National Committee,

Appellant
_____

On Appeal from United States District Court
for the District of New Jersey
(D.N.J. No. 2-81-cv-03876)
District Judge: Hon. John M. Vazquez
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 2, 2018

Before: SHWARTZ, ROTH, and FISHER, *Circuit Judges.*
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on October 2, 2018. On consideration whereof, it is now hereby

     ORDERED and ADJUDGED by this Court that the orders of the District Court entered October 31, 2016, November 2, 2016, November 5, 2016, January 4, 2017, July 7, 2017, September 29, 2017, November 29, 2017, and January 9, 2018, be and the same are hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.

     Costs taxed against Appellant.

                                                                                 ATTEST:

                                                                                 s/ Patricia S. Dodszuweit

Dated: January 7, 2019                                      Clerk

**Certified as a true copy and issued in lieu of a formal mandate on** 01/29/2019

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**